Official Form 1 (4/07)

# United States Bankruptcy Court
## District of Delaware

# Voluntary Petition

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): **Delta Funding Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **See Attachment** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) **11-2609517** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State): **1000 Woodbury Road, Suite 200 Woodbury, NY** ZIP Code **11797** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP Code |
| County of Residence or of the Principal Place of Business: **Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): ZIP Code | Mailing Address of Joint Debtor (if different from street address): ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:

- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $10,000 | $10,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $1 million | $1,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ |

Official Form 1 (4/07) FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Delta Funding Corporation** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X______________________________

Signature of Attorney for Debtor(s) (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

______________________________

(Name of landlord that obtained judgment)

______________________________

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07) FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
Delta Funding Corporation

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition

X ______________________
Signature of Debtor

X ______________________
Signature of Joint Debtor

______________________
Telephone Number (If not represented by attorney)

______________________
Date

**Signature of Attorney**

X [signature]
Signature of Attorney for Debtor(s)

David B. Stratton
Printed Name of Attorney for Debtor(s)

Pepper Hamilton LLP
Firm Name

Hercules Plaza, 1313 Market Street
Suite 5100, P.O. Box 1709
Wilmington, DE 19899-1709
Address

(302) 777-6500
Telephone Number

12/17/07
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

X [signature]
Signature of Authorized Individual

Hugh Miller
Printed Name of Authorized Individual

Chief Executive Officer
Title of Authorized Individual

12/17/2007
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11 United States Code Certified copies of the documents required by 11 U.S.C. §1515 are attached

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached

X ______________________
Signature of Foreign Representative

______________________
Printed Name of Foreign Representative

______________________
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

______________________
Printed Name and title, if any, of Bankruptcy Petition Preparer

______________________
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

______________________
Address

X ______________________

______________________
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156*

In re **Delta Funding Corporation** Case No. ____________
Debtor

# FORM 1. VOLUNTARY PETITION

## Other Names Attachment

All Other Names used by Debtor in the last 8 years:

**FDBA Fidelity Mortgage**
**FDBA Fidelity Mortgage of NY**
**FDBA Fidelity Mortgage Financial**
**FDBA Fidelity of NY Mortgage**
**FDBA Delta Funding Corporation of Louisiana**
**FDBA Delta Funding Corporation d/b/a Fidelity Mortgage of NY**
**FDBA DFC Mortgage Corporation**

In re **Delta Funding Corporation**, Debtor Case No. ____________

# FORM 1. VOLUNTARY PETITION

## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Delta Financial Corp.** | **Affiliate** | |
| **Renaissance Mortgage Acceptance Corp.** | **Affiliate** | |
| **Renaissance REIT Investment Corp.** | **Affiliate** | |

Form 4
(10/05)

# United States Bankruptcy Court
## District of Delaware

In re Delta Funding Corporation, Debtor(s) — Case No. ______ — Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Am. Gen. Fin. Serv's Inc<br>Attn: General Counsel<br>601 N.W. 2nd Street<br>Evansville, IN 47708 | Am. Gen. Fin. Serv's Inc<br>Attn: General Counsel<br>601 N.W. 2nd Street<br>Evansville, IN 47708<br>Fax: 818-461-2623 | | | 125,000.00 |
| Angelo, Gordon & Co.<br>Attn: Salah Saabneh<br>245 Park Avenue<br>New York, NY 10167 | Angelo, Gordon & Co.<br>Attn: Salah Saabneh<br>245 Park Avenue<br>New York, NY 10167<br>Fax: 212-867-4368 | | | 129,000.00 |
| Aschinger Electric Co.<br>Attn: Skip Schank<br>P.O. Box 796028<br>Saint Louis, MO 63179-6000 | Aschinger Electric Co.<br>Attn: Skip Schank<br>P.O. Box 796028<br>Saint Louis, MO 63179-6000<br>Fax: 636-343-9658 | | | 61,200.00 |
| AT&T Corp.<br>Attn: Gene Corvie<br>AT&T - P.O. Box 9001307<br>Louisville, KY 40290-1307 | AT&T Corp.<br>Attn: Gene Corvie<br>AT&T - P.O. Box 9001307<br>Louisville, KY 40290-1307<br>Fax: 281-664-5130 | | | 201,000.00 |
| AT&T Mobility II, LLC<br>Attn: Sanford Marten<br>National Business Svcs.<br>P.O. Box 78405<br>Phoenix, AZ 85062-8405 | AT&T Mobility II, LLC<br>Attn: Sanford Marten<br>National Business Svcs.<br>Phoenix, AZ 85062-8405<br>Fax: 800-839-4931 | | | 90,000.00 |
| CitiFin. Mort. Co., Inc.<br>Attn: Business Control<br>4050 Regent Blvd.<br>Mail Stop N2B 260 BC<br>Irving, TX 75063 | CitiFin. Mort. Co., Inc.<br>Attn: Business Control<br>4050 Regent Blvd.<br>Irving, TX 75063<br>Fax: 866-506-3075 | | | 800,000.00 |
| Conn. Gen. Life Ins. Co.<br>Attn: Kathy Gibson<br>5082 Collection Ctr. Dr.<br>Chicago, IL 60693-0050 | Conn. Gen. Life Ins. Co.<br>Attn: Kathy Gibson<br>5082 Collection Ctr. Dr.<br>Chicago, IL 60693-0050<br>Fax: 423-321-4049 | | | 2,000,000.00 |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

In re Delta Funding Corporation Case No. ______________
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| DB Structured Prods., Inc.<br>60 Wall Street<br>Attn: Vincent D'Amore<br>Fax: 212-797-5160<br>New York, NY 10005 | DB Structured Prods., Inc.<br>60 Wall Street<br>Attn: Vincent D'Amore<br>New York, NY 10005 | | Contingent<br>Unliquidated<br>Disputed | 19,500,000.00 |
| Equifax Info. Svc. LLC<br>dba Equifax<br>Attn: Donna Sbarra / Michael Einrican<br>P.O. Box 105835<br>Atlanta, GA 30348 | Donna Sbarra / Michael Einrican<br>Equifax Info. Svc. LLC<br>dba Equifax<br>dona.sbarra@equifax.com<br>Atlanta, GA 30348<br>856-782-4066 | | | 290,000.00 |
| Hansen Quality, LLC<br>Attn: Barbara Mozinski<br>37 Birch Street<br>Milford, MA 01757 | Hansen Quality, LLC<br>Attn: Barbara Mozinski<br>37 Birch Street<br>Milford, MA 01757<br>Fax: 858-909-2929 | | | 92,200.00 |
| HSBC Mortgage Services<br>VP Bus. Rel. Risk Mgmt.<br>2700 Sanders Road<br>Prospect Heights, IL 60070 | HSBC Mortgage Services<br>VP Bus. Rel. Risk Mgmt.<br>2700 Sanders Road<br>Prospect Heights, IL 60070<br>Fax: 803-835-9022 | | | 1,200,000.00 |
| j2 Global Commc'ns Inc.<br>Attn: Rusty Hoge<br>c/o j2 GlobalCommc'ns Inc<br>P.O. Box 51873<br>Los Angeles, CA 90051-6173 | j2 Global Commc'ns Inc.<br>Attn: Rusty Hoge<br>c/o j2 GlobalCommc'ns Inc<br>Los Angeles, CA 90051-6173<br>Fax: 310-943-1442 | | | 40,000.00 |
| KPMG, LLP<br>Attn: George Humes<br>1660 International Drive<br>Mc Lean, VA 22102-4828 | George Humes<br>KPMG, LLP<br>1660 International Drive<br>703-286-8000<br>Mc Lean, VA 22102-4828<br>Fax: 703-286-8010 | | | 35,000.00 |
| LendingTree<br>Attn: Greg Sturman<br>P.O. Box 601009<br>Charlotte, NC 28260-1009 | LendingTree<br>Attn: Greg Sturman<br>P.O. Box 601009<br>Charlotte, NC 28260-1009<br>Fax: 704-943-8110 | | | 80,000.00 |
| Littler Mendelson, PC<br>Attn: James L. Ferber<br>P.O. Box 45547<br>San Francisco, CA 94145-0547 | James L. Ferber<br>Littler Mendelson, PC<br>P.O. Box 45547<br>San Francisco, CA 94145-0547<br>Fax: 415-439-6255 OR 415-399-8490 | | | 35,000.00 |
| Mortgage Info. Services<br>Attn: David Bortolotto<br>P.O. Box 641979<br>Cincinnati, OH 45264-1979 | Mortgage Info. Services<br>Attn: David Bortolotto<br>P.O. Box 641979<br>Cincinnati, OH 45264-1979<br>Fax: 888-901-4648 | | | 60,000.00 |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

In re Delta Funding Corporation Case No. ______________
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| NYS Banking Dep't<br>NYS Super. of Banks<br>One State Street<br>New York, NY 10004-1417 | NYS Banking Dep't<br>NYS Super. of Banks<br>One State Street<br>New York, NY 10004-1417<br>Fax: 212-709-5555 | | | 149,000.00 |
| Quality Moving & Storage<br>Attn: Jack Moeller<br>174 Miller Place<br>Hicksville, NY 11801 | Jack Moeller<br>Quality Moving & Storage<br>174 Miller Place<br>Hicksville, NY 11801<br>Fax: 516-827-2078 | | | 43,500.00 |
| Wachovia Mortgage Corp.<br>1525 W. W.T. Harris Blvd.<br>NC 0361<br>Building 1B1<br>Charlotte, NC 28262 | Wachovia Mortgage Corp.<br>1525 W. W.T. Harris Blvd.<br>NC 0361<br>Charlotte, NC 28262<br>Fax: 866-788-1757 | | | 100,000.00 |
| Woodbury Office Seven<br>Attn: A. Scarangella<br>P.O. Box 422<br>Laurel, NY 11948-0422 | Woodbury Office Seven<br>Attn: A. Scarangella<br>P.O. Box 422<br>Laurel, NY 11948-0422<br>Fax: 516-364-1973 | | | 36,100.00 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date 12/17/2007 Signature [signature]
Hugh Miller
Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**United States Bankruptcy Court**
**District of Delaware**

In re Delta Funding Corporation Case No. ______
Debtor(s) Chapter 11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 12/17/2007

Hugh Miller/Chief Executive Officer
Signer/Title

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037 Best Case Bankruptcy

**ACTION BY UNANIMOUS WRITTEN CONSENT
OF THE
BOARD OF DIRECTORS
OF
DELTA FUNDING CORPORATION**

(Adopted by the Board of Directors on December 13, 2007)

The undersigned, being all of the directors of Delta Funding Corporation, a New York corporation (the "Company"), and constituting the entire board of directors of the Company (the "Board of Directors"), acting pursuant to applicable law, hereby waive any and all requirements for the holding of a meeting, including, without limitation, any requirements as to call and notice thereof, and consent to the adoption of the following recitals and resolutions and to the actions set forth herein as of the date set forth above, which actions shall have the same force and effect as if taken by unanimous affirmative vote at a meeting of the Board of Directors duly called and held:

WHEREAS, the Board of Directors has considered the business and financial conditions and results of operations of the Company on the date hereof, including the assets and liabilities of the Company;

WHEREAS, the Board of Directors has reviewed, considered, and received the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under chapter 11 of the United States Bankruptcy Code ("Chapter 11"); and

WHEREAS, Delta Financial Corporation and certain of its direct and indirect subsidiaries, including Delta Funding Corporation (collectively, "Delta") have been notified by certain of the counterparties to its warehouse financing arrangements, or other financial arrangements under which it is or may be obligated, that it is in default of its obligations under those arrangements for alleged failure to comply with certain of Delta's obligations thereunder, and Delta lacks sufficient liquidity or other resources to satisfy these obligations.

NOW THEREFORE, be it:

RESOLVED, that, based on factors and information deemed relevant by the Board of Directors, in the judgment of the directors of the Company, it is in the best interests of the Company and its stockholders, as well as the best interests of the Company's affiliates, creditors and other interested parties under the circumstances set forth herein, that a petition be filed pursuant to Chapter 11 on behalf of the Company to preserve the value available to the creditors and stockholders of the Company and its affiliates.

RESOLVED FURTHER, that the officers of the Company (the "Authorized Officers"), or any of them, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to file a petition pursuant to Chapter 11 on or after December 13, 2007.

RESOLVED FURTHER, that each of the Authorized Officers be, and hereby is, authorized to execute and file all petitions, schedules, statements of affairs, lists and other papers and to take any and all related actions which such Authorized Officer may deem necessary or proper in connection with such Chapter 11 cases, in each case with respect to the Company and with respect to any subsidiary or affiliate over which the Company exerts control (if any) and is entitled to do so under applicable law, including, without limitation, directly or indirectly, as the general partner, managing member or sole member.

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Morrison & Foerster LLP as general bankruptcy counsel to the Company and its affiliates to represent and assist the Company and its affiliates in filing under Chapter 11, and to take any and all actions to advance the Company's rights and the rights of its affiliates, and, in connection therewith, the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Morrison & Foerster LLP.

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ the law firm of Pepper Hamilton LLP as local Delaware bankruptcy counsel to the Company and its affiliates to represent and assist the Company and its affiliates in filing under Chapter 11, and to take any and all actions to advance the Company's rights and the rights of its affiliates, and, in connection therewith, the Authorized Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Pepper Hamilton LLP.

RESOLVED FURTHER, that the Authorized Officers be, and they hereby are, authorized and directed to employ additional professionals, including any attorneys, financial advisors or consultants to the Company and its affiliates as any Authorized Officer may deem necessary to advise, represent and assist the Company and its affiliates in carrying out their duties under Title 11 of the United States Code and other applicable law and to provide investigative, consulting, professional and other assistance in connection with the acts and transactions contemplated by these resolutions or related regulatory proceedings, and each Authorized Officer is authorized and directed to cause the Company to pay the fees and expenses of those so engaged (including appropriate retainers prior to and immediately upon the filing of the Chapter 11 case), to the extent any such Authorized Officer deems appropriate, to enter into agreements (including, without limitation, indemnity agreements) with such entities, and to cause to be filed one or more appropriate applications for authority to retain the services of such additional professionals and any such actions previously performed by any Authorized Officer of the Company are hereby approved and ratified.

RESOLVED FURTHER, that each of the Authorized Officers is authorized to cause the Company to pay any and all expenses and fees, including, without limitation, professional advisor fees and expenses, incurred by or on behalf of the Company arising in connection with the acts and transactions contemplated, including, without limitation, the review and preparation of the petitions and other documents necessary or advisable in connection with the filings under Chapter 11, and any and all schedules, statements of affairs, lists and other

papers, together with any amendments or supplements thereto, the preparation and filing of any and all regulatory, administrative or legal reports, forms or other documents that any Authorized Officer may deem necessary or desirable in order to facilitate or permit consummation of the acts and transactions contemplated hereby and related or incidental transactions and any obligations of the Company in connection with the acts and transactions contemplated hereby.

RESOLVED FURTHER, that any Authorized Officer be, and hereby is, authorized, on behalf of the Company and its affiliates, to execute and verify voluntary petitions pursuant to Chapter 11 on behalf of the Company and its affiliates and to cause the same to be filed with the United States Bankruptcy Court for the Eastern District of New York, or in such other jurisdiction or court as said Authorized Officer may deem necessary or appropriate.

RESOLVED FURTHER, that the corporate seal of the Company may be affixed to any instrument or document executed pursuant to the foregoing resolutions by impression or affixing the corporate seal or by imprinting or otherwise reproducing thereon a facsimile thereof.

RESOLVED FURTHER, that the Authorized Officers and the other persons appointed to act on the Company's behalf in or pursuant to the foregoing resolutions are, and each of them hereby is, authorized, directed and empowered, in the name and on behalf of the Company, to execute any resolutions of any affiliates of the Company on behalf of the Company for the purposes of the authorization for filing a petition under Chapter 11 for such affiliate and any other related actions, to execute and deliver any other additional applications, certificates, agreements or any other instruments or documents or any amendments or supplements thereto, or to do or cause to be done any and all other acts and things, as they may in their discretion deem necessary or appropriate to carry out the intent and purposes of the foregoing resolutions, the taking of such actions and the execution, delivery and filing of such instruments or documents to be conclusive evidence of the necessity and appropriateness thereof.

RESOLVED FURTHER, that any actions heretofore taken by any Authorized Officer that are consistent with the authority granted by the foregoing resolutions are hereby ratified, confirmed and approved in all respects as the acts and deeds of the Company.

[Remainder of Page Intentionally Left Blank]

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board of Directors of the Company have hereunto signed their names and adopted the above recitals and resolutions as of the above date and hereby direct a fully signed copy of this Action by Unanimous Written Consent of the Board of Directors to be filed with the minutes of proceedings of the Board of Directors of the Company.

This Action by Unanimous Written Consent of the Board of Directors may be executed in any number of counterparts, each of which shall be deemed an original, but all of which taken together shall constitute but one and the same Action by Unanimous Written Consent of the Board of Directors of the Company.

Dated: December 13, 2007 ______________________
HUGH MILLER

Dated: December 13, 2007 ______________________
RICHARD BLASS

Dated: December 13, 2007 ______________________
LEE MILLER

Dated: December 13, 2007 ______________________
MARC MILLER