**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Delta Funding Corporation,[1] | Case No. 07-11881 (CSS) |
| Debtor. | (Jointly Administered) |
| | **Related Docket No. 73, 74**<br>**Response Deadline:  November 30, 2011 @ 4:00 p.m. (ET)**<br>**Hearing Date:  December 7, 2011 @ 12:30 p.m. (ET)** |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM**
**REGARDING LIQUIDATING TRUSTEE'S OBJECTION TO CLAIMS**
**FILED BY CONNECTICUT GENERAL LIFE INSURANCE COMPANY**

PLEASE TAKE NOTICE that on November 22, 2011, Hobart G. Truesdell, as the Trustee of the Liquidating Trust of the above-captioned, post-confirmation debtors, delivered to the United States Bankruptcy Court for the District of Delaware copies of the proofs of claim (the "Proofs of Claim") identified in Exhibit "A" to the Liquidating Trustee's Objection To Claims Filed By Connecticut General Life Insurance Company [Docket No. 73; filed November 7, 2011].

PLEASE TAKE FURTHER NOTICE that copies of the Proofs of Claim can be obtained by contacting the undersigned counsel to the Liquidating Trustee.

Dated: November 22, 2011
         Wilmington, Delaware

Respectfully submitted,

 /s/ John H. Schanne, II
David B. Stratton (DE No. 960).
John H. Schanne, II (DE No. 5260)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone:    (302) 777-6500
Facsimile:     (302 421-8390

– and –

---

[1]    The chapter 11 case of Delta Funding Corporation ("Delta Funding") remains open.  The chapter 11 cases of the three affiliate debtors, Delta Financial Corporation ("Delta Financial"); Renaissance Mortgage Acceptance Corp. and Renaissance REIT Investment Corp, were closed by final decree.

HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York 10022
Telephone:    (212) 478-7200
Facsimile:    (212) 478-7400
Attention:    Mark T. Power, Esq.
              Christopher J. Hunker, Esq.

*Co-Counsel to the Liquidating Trust of the Debtor*