**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DELTA FUNDING CORPORATION, | Case No. 07-11881 (CSS) |
| Debtors. | **Hearing Date: December 21, 2011 at 9:15 a.m. (ET)**<br>**Objections Deadline: December 13, 2011 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION FOR AN ORDER (I) APPROVING STIPULATION AMONG DELTA FINANCIAL LIQUIDATING TRUST, OCWEN LOAN SERVICING, LLC, BANK OF AMERICA, N.A., WELLS FARGO BANK, N.A., AS TRUSTEE, THE BANK OF NEW YORK MELLON, AS TRUSTEE, AND HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, REGARDING ABANDONMENT, TRANSFER AND/OR DESTRUCTION OF CERTAIN MORTGAGE LOAN FILES AND (II) AUTHORIZING THE IMMEDIATE ABANDONMENT AND/OR DESTRUCTION OF CERTAIN NON-MORTGAGE LOAN BUSINESS FILES**

PLEASE TAKE NOTICE THAT on November 22, 2011, the Liquidating Trustee for the Liquidating Trust (the "Trust") of the above-captioned Debtors filed a Motion for an Order (I) Approving Stipulation Among Delta Financial Liquidating Trust, Ocwen Loan Servicing, LLC, Bank of America, N.A., Wells Fargo Bank, N.A., as Trustee, The Bank of New York Mellon, as Trustee and HSBC Bank USA, National Association, as Trustee, Regarding Abandonment, Transfer and/or Destruction of Certain Mortgage Loan Files and (II) Authorizing the Immediate Abandonment and/or Destruction of Certain Non-Mortgage Loan Business Files (the "Motion").

Objections and other responses (collectively, "Objections") to the Motion must be (i) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before December 13, 2011 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline"), and (ii) served so as to be actually received by the undersigned counsel to the Trust on or before the Objection Deadline.

A HEARING ON THE MOTION WILL BE HELD ON DECEMBER 21, 2011 AT 9:15 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5th FLOOR, WILMINGTON, DELAWARE 19801.

IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR OPPORTUNITY FOR A HEARING.

Dated: November 22, 2011
Wilmington, Delaware

Respectfully submitted,

/s/ James C. Carignan

David B. Stratton (DE No. 960)
James C. Carignan (DE No. 4230)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 N. Market Street, P.O. Box 1709
Wilmington, DE 19899-1709
Telephone: (302) 777-6500
Facsimile: (302) 421-8390

- and –

HAHN & HESSEN LLP
488 Madison Avenue, 15th Floor
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Attention: Mark T. Power, Esq.
Christopher J. Hunker, Esq.

*Co-Counsel to the Liquidating Trust of the Debtors*