**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>DELTA FUNDING CORPORATION,<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11881 (CSS) |

**ORDER (I) APPROVING STIPULATION AMONG DELTA FINANCIAL LIQUIDATING TRUST, OCWEN LOAN SERVICING, LLC, BANK OF AMERICA, N.A., WELLS FARGO BANK, N.A., AS TRUSTEE, THE BANK OF NEW YORK MELLON, AS TRUSTEE, AND HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE, REGARDING ABANDONMENT, TRANSFER AND/OR DESTRUCTION OF CERTAIN MORTGAGE LOAN FILES AND (II) AUTHORIZING THE IMMEDIATE ABANDONMENT AND/OR DESTRUCTION OF CERTAIN NON-MORTGAGE LOAN BUSINESS FILES**

**THIS COURT** having considered the Motion for an Order (I) Approving Stipulation Among Delta Financial Liquidating Trust, Ocwen Loan Servicing, LLC, Bank of America, N.A., Wells Fargo Bank, N.A., as Trustee, The Bank of New York Mellon, as Trustee, and HSBC Bank USA, National Association, as Trustee, Regarding Abandonment, Transfer and/or Destruction of Certain Mortgage Loan Files and (II) Authorizing the Immediate Abandonment and/or Destruction of Certain Non-Mortgage Loan Business Files (the "Motion") of the Liquidating Trust (the "Trust"), by and through Hobart G. Truesdell, as the Bankruptcy Court-appointed Trustee (the "Liquidating Trustee"), seeking (i) approval of the Stipulation[1] pursuant to Bankruptcy Rule 9019, and (ii) authorization to immediately abandon and destroy the Non-Mortgage Loan Business Files pursuant to section 105(a), 363 and 554(a) of the Bankruptcy Code; and it appearing that notice of the Motion has been given to the United States Trustee and all parties as required by the Order Granting the Motion of the Liquidating Trustee Pursuant to

[1] Capitalized terms not herein defined shall have the meanings ascribed to them in the Motion.

11 U.S.C. §§ 102 and 105(a) and Fed. R. Bankr. P. 2002(m) and 9007 Establishing Notice and Service Procedures entered on November 18, 2008, and that no further notice need be given; and it appearing that no meritorious objections have been filed to the Motion; and the Court being satisfied, based upon the representations made in the annexed Motion, and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. Pursuant to Bankruptcy Rule 9019, the Stipulation shall be and hereby is approved in its entirety.

3. Pursuant to 11 U.S.C. §§ 105, 363 and 554, upon the occurrence of the Stipulation Effective Date, the Trust's ownership interest in the Loan Files shall be and hereby is deemed abandoned. The Trust and the Liquidating Trustee shall have no further responsibility or obligations with respect to the Loan Files, provided, however, that the Trust shall pay to Ocwen the sum of two hundred thousand dollars ($200,000) within ten (10) days of the entry of this Order.

4. The Transferees are authorized to transfer the Loan Files from the Storage Facilities to the Ocwen Designated Facility and to take such other or further action with respect to such Loan Files consistent with the terms of the Stipulation.

5. Pursuant to 11 U.S.C. §§ 105, 363 and 554, upon the occurrence of the Stipulation Effective Date, the Trust's ownership interests in the Non-Mortgage Loan Business Files shall be and hereby is abandoned. The Trust and the Liquidating Trustee shall have no further responsibility or obligations with respect to the Non-Mortgage Loan Business Files. The Trust is

authorized to destroy any and all such Non-Mortgage Loan Business Files, in accordance with the terms set forth in the Motion.

6. Notice of the Motion was good and proper.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order and/or the Stipulation.

Dated: Wilmington, Delaware
_________________, 2011

_________________________________
Honorable Christopher S. Sontchi
United States Bankruptcy Judge