**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 69
**Date Filed:** 3/27/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
24x7 HA Inc.
James Wonder
President
22 Briarwood Drive
Glen Cove, NY 11542

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,800.00 | $0.00 |
| **Total:** | **$1,800.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 26
**Date Filed:** 2/1/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
24x7 HA, Inc.
James Wonder
President
22 Briarwood Drive
Glen Core, NY 11542

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,800.00 | $0.00 |
| **Total:** | **$1,800.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 491
**Date Filed:** 8/16/2010

**Debtor:** Delta Financial Corporation

**Creditor:**
Accountemps
Mary Gonzalez
Recovery Manager
Div. of Robert Half International
PO Box 5024
San Ramon, CA 94583-9128

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $777.00 | $777.00 |
| **Total:** | **$777.00** | **$777.00** |

**C U D**

**Claim Status:**

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 21
**Date Filed:** 1/28/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Accountemps
Karen Lima
Recovery Manager
Div. of Robert Half International
5720 Stoneridge Drive, Ste. Three
Pleasanton, CA 94588

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $777.00 | $777.00 |
| **Total:** | **$777.00** | **$777.00** |

**C U D**

**Claim Status:**

---

**Claim Num:** 145
**Date Filed:** 4/28/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
AG Delta Holdings, LLC
Jeffrey Feinberg
Managing Director
c/o Angelo Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $43,569,935.00 | $0.00 |
| **Total:** | **$43,569,935.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 144
**Date Filed:** 4/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
AG Delta Holdings, LLC
Jeffrey Feinberg
Managing Director
c/o Angelo Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $43,569,935.00 | $35,000,000.00 |
| **Total:** | **$43,569,935.00** | **$35,000,000.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 143
**Date Filed:** 4/28/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
AG Delta Holdings, LLC
Jeffrey Feinberg
Managing Director
c/o Angelo Gordon & Co.
245 Park Avenue, 26th Floor
New York, NY 10167

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $43,569,935.00 | $35,000,000.00 |
| **Total:** | **$43,569,935.00** | **$35,000,000.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 365
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
All Points Capital Corporation
Anthony Perettine
265 Broadhollow Road
7600 Jericho Turnpike, Suite 400
Melville, NY 11747

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $204,731.56 | $0.00 |
| **Total:** | **$204,731.56** | **$0.00** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 364
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
All Points Capital Corporation
Anthony Perettine
265 Broadhollow Road
7600 Jericho Turnpike, Suite 400
Melville, NY 11747

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $204,731.56 | $158,187.40 |
| **Total:** | **$204,731.56** | **$158,187.40** |

**C U D**

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 91
**Date Filed:** 3/31/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
All Types Building Maintenance
Patricia Lipoli
Vice President
5514 Merrick Road
Massapequa, NY 11758

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,026.88 | $0.00 |
| **Total:** | **$1,026.88** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 90
**Date Filed:** 3/31/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
All Types Building Maintenance
Patricia Lipoli
Vice President
5514 Merrick Road
Massapequa, NY 11758

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $1,161.80 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$1,161.80** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 89
**Date Filed:** 3/31/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
All Types Building Maintenance
Patricia Lipoli
Vice President
5514 Merrick Road
Massapequa, NY 11758

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $597.44 | $0.00 |
| **Total:** | **$597.44** | **$0.00** |

C U D

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 88
**Date Filed:** 3/31/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
All Types Building Maintenance
Patricia Lipoli
Vice President
5514 Merrick Road
Massapequa, NY 11758

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $597.44 | $0.00 |
| **Total:** | **$597.44** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 92
**Date Filed:** 3/31/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
All Types Building Maintenance
Patricia Lipoli
Vice President
5514 Merrick Road
Massapequa, NY 11758

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $955.90 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$955.90** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 7
**Date Filed:** 12/27/2007

**Debtor:** Delta Funding Corporation

**Creditor:**
American Arbitration Association
Felix Edem
Collection Administrator
1633 Broadway, 10th Floor
New York, NY 10019

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $15,400.00 | $0.00 |
| **Total:** | **$15,400.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 462
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
American Business Continuity Centers
Gregory Tellone
1000 Woodbury Rd, Ste 106
Woodbury, NY 11797

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $4,125.00 | $0.00 |
| **Total:** | **$4,125.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 179
**Date Filed:** 5/1/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
American General Financial Services, Inc.
Jason W. Harbour
Esquire
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $367,961.40 |
| **Total:** | **$0.00** | **$367,961.40** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 391
**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
American International Speciality Lines Insurance Company
David A. Levin
Authorized Representative
And Other Entities Related to AIG, Inc.
AIG Bankruptcy Collections
70 Pine Street, 28th Floor
New York, NY 10270

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Unliquidated

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 134
**Date Filed:** 4/21/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Andrew M. & Johanna B. Zonneveld
179 Summit Avenue
Tappan, NY 10983

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $2,000.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$2,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 60
**Date Filed:** 3/18/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Anthony W. Smith
Anthony Smith
180 Gingerwood Drive
Greenwood, DE 19950

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $52,940.58 | $0.00 |
| **Total:** | **$52,940.58** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 384
**Date Filed:** 5/7/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Arnold Pollard
Arnold Pollard
15 Twin Ponds
Great Neck, NY 11024

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

C U D
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 97

**Date Filed:** 4/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Arnold Printing
Timothy A. Arnold
630 Lunken Park Drive
Cincinnati, OH 45226

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $307.63 | $0.00 |
| **Total:** | **$307.63** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 96

**Date Filed:** 4/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Arnold Printing
Timothy A. Arnold
630 Lunken Park Drive
Cincinnati, OH 45226

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $307.63 | $0.00 |
| **Total:** | **$307.63** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 116

**Date Filed:** 4/8/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Arrow Transfer & Storage, Inc.
Howard B. Kleinberg
Esquire
c/o Meyer, Suozzi, English & Klein, P.C.
990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY 11530-9194

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $17,068.75 | $17,068.75 |
| **Total:** | **$17,068.75** | **$17,068.75** |

C U D

**Claim Status:**

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 170
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $7,398.49 | $7,398.49 |
| **Total:** | **$7,398.49** | **$7,398.49** |

C U D

**Claim Status:**

**Claim Num:** 389
**Date Filed:** 5/5/2005

**Debtor:** Delta Funding Corporation

**Creditor:**
Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $2,429.70 | $0.00 |
| **Total:** | **$2,429.70** | **$0.00** |

C U D

**Claim Status:** Expunged

**Claim Num:** 388
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $8,172.20 | $0.00 |
| **Total:** | **$8,172.20** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 169
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $61,151.00 | $61,151.00 |
| **Total:** | **$61,151.00** | **$61,151.00** |

**C U D**

**Claim Status:**

**Claim Num:** 168
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,604.29 | $2,604.29 |
| **Total:** | **$2,604.29** | **$2,604.29** |

**C U D**

**Claim Status:**

**Claim Num:** 387
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,604.29 | $0.00 |
| **Total:** | **$2,604.29** | **$0.00** |

**C U D**

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 386
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $61,151.00 | $0.00 |
| **Total:** | **$61,151.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 166
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $8,172.20 | $8,172.20 |
| **Total:** | **$8,172.20** | **$8,172.20** |

C U D

**Claim Status:**

---

**Claim Num:** 390
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $7,398.49 | $0.00 |
| **Total:** | **$7,398.49** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 167

**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Aschinger Electric Company
Emily Martin
President
P.O. Box 775546
St. Louis, MO 63177-5546

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,429.70 | $2,429.70 |
| **Total:** | **$2,429.70** | **$2,429.70** |

**C U D**

**Claim Status:**

---

**Claim Num:** 51

**Date Filed:** 2/20/2008

**Debtor:** Delta Financial Corporation

**Creditor:**

Aster Anderson
Kirk Anderson
7714 Cecilia Drive
Parma, OH 44134

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $44,877.79 | $0.00 |
| **Total:** | **$44,877.79** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 24

**Date Filed:** 1/23/2008

**Debtor:** Delta Financial Corporation

**Creditor:**

AT&T
James Grudus
One AT&T Way
Bedminster, NJ 07921

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $138,958.59 | $0.00 |
| **Total:** | **$138,958.59** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 105
**Date Filed:** 4/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
AT&T
James Grudus
Esquire
One AT&T Way, Room 3A218
Bedminster, NJ 07921

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,494.08 | $0.00 |
| **Total:** | **$1,494.08** | **$0.00** |

C U D

**Claim Status:** Altered

**Claim Num:** 43
**Date Filed:** 2/20/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
AT&T Corp.
Vincent D'Agostino
Esquire
Lowenstein Sandler PC
65 Livingston Ave.
Roseland, NJ 07068

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $504,897.95 | $0.00 |
| **Total:** | **$504,897.95** | **$0.00** |

C U D

**Claim Status:** Altered

**Claim Num:** 64
**Date Filed:** 3/25/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
AT&T Corp.
James Grudus
Esquire
One AT&T Way, Room 3A218
Bedminster, NJ 07921

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $138,958.59 | $0.00 |
| **Total:** | **$138,958.59** | **$0.00** |

C U D

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 411
**Date Filed:** 7/24/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
AT&T Global Services
James Grudus
Esquire
One AT&T Way, Room 3A218
Bedminster, NJ 07921

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $10,989.10 | $0.00 |
| Total: | $10,989.10 | $0.00 |

C U D

**Claim Status:** Altered

---

**Claim Num:** 13
**Date Filed:** 1/24/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
AT&T Global Services
James Grudus
Esquire
One AT&T Way, Room 3A218
Bedminster, NJ 07921

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $7,452.99 | $0.00 |
| Total: | $7,452.99 | $0.00 |

C U D

**Claim Status:** Altered

---

**Claim Num:** 337
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Ballard Spahr Andrews & Ingersoll, LLP
Thomas R. Eshelman
Esquire
1735 Market Street
51st Floor
Philadelphia, PA 19103-7599

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $13,871.50 | $13,871.50 |
| Total: | $13,871.50 | $13,871.50 |

C U D

**Claim Status:**

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 415
**Date Filed:** 9/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Banc of America Leasing & Capital, LLC
John R. Weaver, Jr.
Attorney
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ 08054

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $73,417.44 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$73,417.44** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 114
**Date Filed:** 4/7/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Banc of America Leasing & Capital, LLC
William G. Wright
Attorney
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
Mount Laurel, NJ 08054

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 458
**Date Filed:** 1/23/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Banc of America Leasing & Capital, LLC
William G. Wright
Esq.
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ 08054

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $509,515.55 | $425,000.00 |
| **Total:** | **$509,515.55** | **$425,000.00** |

**C U D**

**Claim Status:** Altered

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 459
**Date Filed:** 1/23/2009

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Banc of America Leasing & Capital, LLC
William G. Wright
Esq.
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ 08054

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $23,606.28 | $0.00 |
| **Total:** | **$23,606.28** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 115
**Date Filed:** 4/7/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Banc of America Leasing & Capital, LLC
William G. Wright
Attorney
Farr, Burke, Gambacorta & Wright
1000 Atrium Way, Suite 401
Mount Laurel, NJ 08054

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

C U D
Contingent
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 355
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
BDO Seidman, LLP
Laurence W. Goldberg
Director-Recv Mgmt
4035 Premier Drive, Suite 333
High Point, NC 27265-8143

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $313,298.07 | $313,298.07 |
| **Total:** | **$313,298.07** | **$313,298.07** |

C U D

**Claim Status:**

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 102

**Date Filed:** 3/28/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Bernard H. Cohen, Esq.
Bernard H. Cohen
Esquire
99 Tulip Avenue, Suite 408
Floral Park, NY 11001

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $6,687.50 | $0.00 |
| **Total:** | **$6,687.50** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 74

**Date Filed:** 3/28/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Bernard H. Cohen, Esq.
Bernard H. Cohen
Esquire
99 Tulip Avenue, Suite 11001
Floral Park, NY 11001

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $6,687.50 | $6,687.50 |
| **Total:** | **$6,687.50** | **$6,687.50** |

C U D

**Claim Status:**

---

**Claim Num:** 154

**Date Filed:** 4/30/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
BNY Mellon Shareowner Services
Swanna Face
Relationship Agent
480 Washington Boulevard
Jersey City, NJ 07310

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $21,220.78 | $21,220.78 |
| **Total:** | **$21,220.78** | **$21,220.78** |

C U D

**Claim Status:**

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 70
**Date Filed:** 3/27/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Bonded Real Estate Appraisal Service LLC
Tommie O'Leary
Owner
P.O. Box 221920
7100 Westwind Drive, #240
El Paso, TX 79913

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $100.00 | $0.00 |
| **Total:** | **$100.00** | **$0.00** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 362
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Brown Rudnick Berlack Israels LLP
Steven D. Pohl
Esquire
One Financial Center
Boston, MA 02111

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,963.00 | $0.00 |
| **Total:** | **$1,963.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 171
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Buckley Kolar LLP
Joseph Kolar
Partner
1250 24th Street, NW
Suite 700
Washington, DC 20037

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $49,657.81 | $49,657.81 |
| **Total:** | **$49,657.81** | **$49,657.81** |

C U D

**Claim Status:**

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 76
**Date Filed:** 3/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Business Link International
125 Whipple Street
Providence, RI 02908

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,292.20 | $0.00 |
| **Total:** | **$3,292.20** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

**Claim Num:** 22
**Date Filed:** 1/25/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Business Link Int'l
125 Whipple Street
Providence, RI 02908

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $939.45 | $0.00 |
| **Total:** | **$939.45** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

**Claim Num:** 45
**Date Filed:** 2/20/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Carol A. Hollmann
Carol Hollman
207 Spring Meadow Drive, Unit A
Holbrook, NY 11741

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $100.00 | $0.00 |
| **Total:** | **$100.00** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 139
**Date Filed:** 4/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Carr Business Systems
Michael Ciantro
Customer Service Manager
130 Spagnoli Road
Melville, NY 11747-3502

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $21,799.20 | $10,009.08 |
| **Total:** | **$21,799.20** | **$10,009.08** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 48
**Date Filed:** 2/19/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Certilman Balin Adler & Hyman, LLP
Jaspreet Mayall
Esquire
90 Merrick Avenue
East Meadow, NY 11554

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $4,318.95 | $0.00 |
| **Total:** | **$4,318.95** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 32
**Date Filed:** 1/30/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Certilman Balin Adler & Hyman, LLP
Jaspreet Mayall
Esquire
90 Merrick Avenue
East Meadow, NY 11554

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $4,318.95 | $0.00 |
| **Total:** | **$4,318.95** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 28
**Date Filed:** 2/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Certilman Balin Adler & Hyman, LLP
Jaspreet Mayall
Esquire
90 Merrick Avenue
East Meadow, NY 11554

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $4,318.95 | $0.00 |
| **Total:** | **$4,318.95** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 57
**Date Filed:** 3/3/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Cincinnati Bell Telephone
Nisa Henderson
221 E. 4th Street
ML346-325
Cincinnati, OH 45202

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,390.57 | $0.00 |
| **Total:** | **$3,390.57** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 334
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Cincinnati Trophy, LLC
Richard D. Sickinger
Staff Accountant
1400 Carew Tower
441 Vine Street
Cincinnati, OH 45202

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,226.60 | $3,226.60 |
| **Total:** | **$3,226.60** | **$3,226.60** |

**C U D**

**Claim Status:**

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 2
**Date Filed:** 1/11/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Citi Residential Lending, Inc.
Jennifer Smith
P.O. Box 769
Orange, CA 92866-9998

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $154,144.76 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$154,144.76** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 148
**Date Filed:** 4/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Citibank, N.A.
Patricia G. McCormack
Sr. Vice President
926 RexCorp Plaza
Uniondale, NY 11556-0926

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $1,025,400.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$1,025,400.00** | **$0.00** |

C U D
Contingent

**Claim Status:** Expunged

---

**Claim Num:** 197
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
CitiMortgage, Inc.
Alison L. Green
Sr. Repurchase Coordinator
c/o Cullen Kohn, Esq
211 N Broadway, Suite 3600
St. Louis, MO 63102

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $6,963,106.40 | $0.00 |
| **Total:** | **$6,963,106.40** | **$0.00** |

C U D
Contingent

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 356
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
CitiMortgage, Inc.
Cullen Kuhn
Esquire
211 N. Broadway, Suite 3600
St. Louis, MO 63102

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $7,026,357.18 | $1,335,798.16 |
| **Total:** | **$7,026,357.18** | **$1,335,798.16** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 20
**Date Filed:** 1/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
City of Memphis (TN)
Elizabeth Weller
Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Ste. #1600
Dallas, TX 75201

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $9,749.84 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$9,749.84** | **$0.00** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 455
**Date Filed:** 11/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
City of Memphis (TN)
Elizabeth Weller
Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Ste. #1600
Dallas, TX 75201

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $822.22 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$822.22** | **$0.00** |

**C U D**

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 485
**Date Filed:** 4/22/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
City of Philadelphia
Ashley M. Chan
Esquire
c/o Hangley Aronchick Segal & Pudlin
One Logan Square
27th Floor
Philadelphia, PA 19103

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $1,392.05 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$1,392.05** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 359
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Class Members in Teresa Lopez Class Action
Karin Fisch
Esquire
212 East 39th Street
New York, NY 10016

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $1,124,436.49 |
| **Total:** | **$0.00** | **$1,124,436.49** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 487
**Date Filed:** 11/6/2009

**Debtor:** Delta Financial Corporation

**Creditor:**
Connecticut General Life Insurance Company
Katherine Overbye
Underwriting Senior Directory
Jeffrey C. Wisler, Esq
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $2,772,709.78 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$2,772,709.78** | **$0.00** |

**C U D**

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 198
**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Connecticut General Life Insurance Company
Katherine Overbye
Underwriting Senior Directory
Jeffrey C. Wisler, Esq
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $95,785.09 | $0.00 |
| **Priority:** | $2,864,913.69 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$2,960,698.78** | **$0.00** |

**C U D**

**Claim Status:** Altered

**Claim Num:** 488
**Date Filed:** 11/6/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Connecticut General Life Insurance Company
Katherine Overbye
Underwriting Senior Directory
Jeffrey C. Wisler, Esq
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $1,300,000.00 |
| **Priority:** | $2,772,709.78 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$2,772,709.78** | **$1,300,000.00** |

**C U D**

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 199
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Connecticut General Life Insurance Company
Katherine Overbye
Underwriting Senior Directory
Jeffrey C. Wisler, Esq
Connolly Bove Lodge & Hutz, LLP
1007 N. Orange Street, P.O. Box 2207
Wilmington, DE 19899

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $95,785.09 | $0.00 |
| Priority: | $2,864,913.69 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$2,960,698.78** | **$0.00** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 34
**Date Filed:** 2/8/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Cornerstone VI, LLC, c/o The Koman Group
Gary Vincent
Esquire
One City Place Drive, Ste. #540
Creve Coeur, MO 63141

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $757,209.00 | $757,209.00 |
| **Total:** | **$757,209.00** | **$757,209.00** |

C U D

**Claim Status:**

---

**Claim Num:** 9
**Date Filed:** 1/15/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Corsicana ISD
Elizabeth Weller
Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Ste. #1600
Dallas, TX 75201

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $26.39 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$26.39** | **$0.00** |

C U D

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 194
**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Countrywide Home Loans, Inc.
John Guerry
SVP
Attn: John Guerry
4500 Park Granada
Mail Stop CH-11
Calabasas, CA 91302

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $10,000.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$10,000.00** | **$0.00** |

**C U D**
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 457
**Date Filed:** 1/13/2009

**Debtor:** Delta Financial Corporation

**Creditor:**
Covad Communications
c/o RMS Bankruptcy Recovery Services
PO Box 5126
Timonium, MD 21094

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $25,895.18 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$25,895.18** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 181
**Date Filed:** 5/1/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Cravings Fratelli Fine Foods & Catering
Anthony Picciurro
President
1161 - 1165 Old Country Road
Plainview, NY 11803

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $1,718.12 | $0.00 |
| Unsecured: | $5,066.96 | $0.00 |
| **Total:** | **$6,785.08** | **$0.00** |

**C U D**
Unliquidated

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 397
**Date Filed:** 5/13/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Cruise Control Limousines
Margaret DiBenedetto
President
P.O. Box 57
Massapequa, NY 11758

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $575.60 | $575.60 |
| **Total:** | **$575.60** | **$575.60** |

C U D

**Claim Status:**

---

**Claim Num:** 8
**Date Filed:** 1/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Dallas County
Elizabeth Weller
Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Ste. #1600
Dallas, TX 75201

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $7,156.43 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$7,156.43** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 414
**Date Filed:** 7/31/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Dana D Frazier
50 West 112th Street
#2G
New York, NY 10026

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 136
**Date Filed:** 4/21/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
David Simons
330 West 58th Street
New York, NY 10019

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $3,500.00 | $3,500.00 |
| **Total:** | **$3,500.00** | **$3,500.00** |

**C U D**

**Claim Status:**

---

**Claim Num:** 184
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
DB Structured Products, Inc.
Frank Grausso
Duly Authorized Signatory
Frank Grausso and Vincent D'Amore
Deutsche Bank Securities, Inc.
60 Wall Street, 19th Floor
New York, NY 10005

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $21,003,666.89 | $0.00 |
| **Total:** | **$21,003,666.89** | **$0.00** |

**C U D**
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 185
**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
DB Structured Products, Inc.
Frank Grausso
Duly Authorized Signatory
Frank Grausso and Vincent D'Amore
Deutsche Bank Securities, Inc.
60 Wall Street, 19th Floor
New York, NY 10005

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $21,003,666.89 | $15,000,000.00 |
| **Total:** | **$21,003,666.89** | **$15,000,000.00** |

**C U D**
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 186
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
DB Structured Products, Inc.
Frank Grausso
Duly Authorized Signatory
Frank Grausso and Vincent D'Amore
Deutsche Bank Securities, Inc.
60 Wall Street, 19th Floor
New York, NY 10005

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $21,003,666.89 | $15,000,000.00 |
| **Total:** | **$21,003,666.89** | **$15,000,000.00** |

**C U D:** Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 176
**Date Filed:** 5/1/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
De Lage Landen Financial Services, Inc. dba Microsoft Financing
Larry Levin
Bankruptcy Manager
1111 Old Eagle School Road
Wayne, PA 19087

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $481,484.96 | $471,136.31 |
| **Total:** | **$481,484.96** | **$471,136.31** |

**C U D:**

**Claim Status:** Altered

---

**Claim Num:** 120
**Date Filed:** 4/11/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Debra J. Coleman
Bren J. Pomponio
Esquire
Mountain State Justice, Inc.
1031 Quarrier Street, Suite 200
Charleston, WV 25301

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $80,000.00 | $0.00 |
| **Total:** | **$80,000.00** | **$0.00** |

**C U D:**

**Claim Status:** Expunged

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 483
**Date Filed:** 2/23/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
DELEON, ANGELA INDIVIDUALLY AND ON BEHALF OF CONNIE CONCEPCION AS GAL
C/O FERGUSON LAW FIRM
4502 HWY 17 BYPASS
MYRTLE BEACH, SC 29588

| Priority | Original Amount | Current Amount |
| --- | --- | --- |
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $50,000.00 | $0.00 |
| **Total:** | **$50,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**Claim Num:** 484
**Date Filed:** 2/19/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
DELEON, ANGELA INDIVIDUALLY AND ON BEHALF OF CONNIE CONCEPCION AS GAL
C/O FERGUSON LAW FIRM
4502 HWY 17 BYPASS
MYRTLE BEACH, SC 29588

| Priority | Original Amount | Current Amount |
| --- | --- | --- |
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $50,000.00 | $0.00 |
| **Total:** | **$50,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**Claim Num:** 10
**Date Filed:** 1/10/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Dell Marketing, L.P.
Michael Keller
Finance Manager
One Dell Way
Round Rock, TX 78882

| Priority | Original Amount | Current Amount |
| --- | --- | --- |
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $53,900.35 | $53,900.35 |
| **Total:** | **$53,900.35** | **$53,900.35** |

C U D

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 1
**Date Filed:** 1/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Delta Funding Residual Exchange Company LLC
James Morrison
President
236 East 47th Street, No. 32D
New York, NY 10017

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $81,500,000.00 | $0.00 |
| **Total:** | **$81,500,000.00** | **$0.00** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 101
**Date Filed:** 4/3/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Denise Gilmore
Michael A. Galasso
Esquire
Robbins, Kelly, Patterson & Tucker
7 West Seventh Street, Suite 1400
Cincinnati, OH 45202

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $25,000.00 | $0.00 |
| **Total:** | **$25,000.00** | **$0.00** |

**C U D**
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 407
**Date Filed:** 6/24/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
DHL Express (USA), Inc.
Jacqui Dick
Sr. A/R Analyst
Legal Department
P.O. Box 670227
Houston, TX 77267-0227

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $24,610.52 | $24,610.52 |
| **Total:** | **$24,610.52** | **$24,610.52** |

**C U D**

**Claim Status:** Altered

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 77
**Date Filed:** 3/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Discover Source
Todd Massey
President
216 Centerview Drive, Suite 297
Brentwood, TN 37027

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $7,947.00 | $0.00 |
| **Total:** | **$7,947.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 193
**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Douglas Pontius, Gina Young, Steven Feldman and Class
Christopher D. Loizides
Attorney for Claimants
Nichols Kaster & Anderson, PLLP
c/o Timothy Selander
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 393
**Date Filed:** 5/12/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Douglas Pontius, Gina Young, Steven Feldman and Class
Timothy Selander
Attorney for Claimants
Nichols Kaster & Anderson, PLLP
c/o Timothy Selander
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 47

**Date Filed:** 2/19/2008

**Debtor:** Delta Financial Corporation

**Creditor:**

Duke Realty Ohio
James Burroughs
Esquire
600 E. 96th Street, Suite 100
Indianapolis, IN 46240

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $309,535.46 | $309,535.46 |
| **Total:** | **$309,535.46** | **$309,535.46** |

C U D

**Claim Status:**

---

**Claim Num:** 27

**Date Filed:** 1/14/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Elena M. Chimienti
Elena Chimienti
556 N. 10th Street
New Hyde Park, NY 11040

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $110.00 | $0.00 |
| **Total:** | **$110.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 84

**Date Filed:** 3/31/2008

**Debtor:** Delta Financial Corporation

**Creditor:**

Elizabeth Pauker, Caroline Pauker, Melanie Pauker
Michael T. Warshaw
Docket No. MON-P-223-07 Surrogate's No. 204860
Dr. James Parker Blvd., Suite 206
Red Bank, NJ 07701

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $300,000.00 | $0.00 |
| **Total:** | **$300,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 325
**Date Filed:** 5/5/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Elsie Marie Czekaj
7 Overlook Drive
Huntington, NY 11743

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $115.00 | $0.00 |
| **Total:** | **$115.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 63
**Date Filed:** 3/10/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Entertainment Publications, Inc.
Gail O'Brien
Executive Vice President and General Counsel
Legal Dept.
1414 E. Maple Road
Troy, MI 48083

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $11,324.25 | $11,324.25 |
| **Total:** | **$11,324.25** | **$11,324.25** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 152
**Date Filed:** 4/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax
Althea Barnes
Accts Recv Mgr
1100 Abernathy Road, Suite 300
Mail Drop 52D
Atlanta, GA 30328

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $226,671.95 | $226,671.95 |
| **Total:** | **$226,671.95** | **$226,671.95** |

C U D

**Claim Status:**

**Claim Num:** 375
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax Settlement Services, LLC
Diane K. McMillen
Controller
420 Rouser Road
Building 3, Floor 5
Coraopolis, PA 15108

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,776.00 | $0.00 |
| **Total:** | **$1,776.00** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

---

**Claim Num:** 376
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax Settlement Services, LLC
Diane K. McMillen
Controller
420 Rouser Road
Building 3, Floor 5
Coraopolis, PA 15108

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $50.00 | $0.00 |
| **Total:** | **$50.00** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

---

**Claim Num:** 377
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax Settlement Services, LLC
Diane K. McMillen
Controller
420 Rouser Road
Building 3, Floor 5
Coraopolis, PA 15108

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $50.00 | $0.00 |
| **Total:** | **$50.00** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 378
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax Settlement Services, LLC
Diane K. McMillen
Controller
420 Rouser Road
Building 3, Floor 5
Coraopolis, PA 15108

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $50.00 | $0.00 |
| **Total:** | **$50.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 379
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax Settlement Services, LLC
Diane K. McMillen
Controller
420 Rouser Road
Building 3, Floor 5
Coraopolis, PA 15108

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $50.00 | $0.00 |
| **Total:** | **$50.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 380
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax Settlement Services, LLC
Diane K. McMillen
Controller
420 Rouser Road
Building 3, Floor 5
Coraopolis, PA 15108

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $100.00 | $0.00 |
| **Total:** | **$100.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 381
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax Settlement Services, LLC
Diane K. McMillen
Controller
420 Rouser Road
Building 3, Floor 5
Coraopolis, PA 15108

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $100.00 | $0.00 |
| **Total:** | **$100.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 383
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax Settlement Services, LLC
Diane K. McMillen
Controller
420 Rouser Road
Building 3, Floor 5
Coraopolis, PA 15108

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $200.00 | $0.00 |
| **Total:** | **$200.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 382
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Equifax Settlement Services, LLC
Diane K. McMillen
Controller
420 Rouser Road
Building 3, Floor 5
Coraopolis, PA 15108

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $175.00 | $0.00 |
| **Total:** | **$175.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 324
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Erma F. Moore
173 E. Green Valley Circle
Newark, DE 19711

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,600.00 | $0.00 |
| **Total:** | **$2,600.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 327
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Estate of Irene Robinson (Cynthia Fletcher, Executrix)
Eric Weiss
Esquire
Farrauto & Berman
1250 Central Park Avenue
Younkers, NY 10704

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $380,000.00 | $80,000.00 |
| **Total:** | **$380,000.00** | **$80,000.00** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 5
**Date Filed:** 1/9/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
FedEx Customer Information Service
William Seligstein
Performance & Planning Analyst
Attn: Revenue Recovery/Bankruptcy
2005 Corporate Ave., 2nd Floor
Memphis, TN 38132

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $6,500.44 | $0.00 |
| **Total:** | **$6,500.44** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 416

**Date Filed:** 9/3/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Fidelity & Deposit Company of Maryland
Harriet Kalanzi
Recovery Specialist
P.O. Box 66944
Chicago, IL 60666-0944

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $27,732.51 | $0.00 |
| **Total:** | **$27,732.51** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 486

**Date Filed:** 4/28/2009

**Debtor:** Delta Financial Corporation

**Creditor:**

Fidelity & Deposit Company of Maryland
Penny Bellinger
Collection Attorney
P.O. Box 17138
Attn: 6850156572
Baltimore, MD 21297-1138

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $17,580.27 | $0.00 |
| **Total:** | **$17,580.27** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 418

**Date Filed:** 9/30/2008

**Debtor:** Delta Financial Corporation

**Creditor:**

Fidelity & Deposit Company of Maryland
Penny Bellinger
Collection Attorney
P.O. Box 17138
Attn: 6850156572
Baltimore, MD 21297-1138

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $12,500.00 | $0.00 |
| **Total:** | **$12,500.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 50

**Date Filed:** 2/19/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

First American Core Logic
Laurie Chehak
Esquire
10360 Old Placerville Road, Ste. #100
Sacramento, CA 95827

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $13,160.07 | $13,160.07 |
| **Total:** | **$13,160.07** | **$13,160.07** |

**C U D**

**Claim Status:**

---

**Claim Num:** 14

**Date Filed:** 1/18/2008

**Debtor:** Delta Financial Corporation

**Creditor:**

First American Real Estate Solutions
Richard Spaeth
Manager
4 First American Way
Santa Ana, CA 92727

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $26,070.00 | $26,070.00 |
| **Total:** | **$26,070.00** | **$26,070.00** |

**C U D**

**Claim Status:**

---

**Claim Num:** 30

**Date Filed:** 2/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

FIS Data Services
Theresa Sides
Billing
c/o IDM Corp
3100 New York Dr., Ste. #100
Pasadena, CA 91107

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $4,066.83 | $0.00 |
| **Total:** | **$4,066.83** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 108
**Date Filed:** 4/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
FIS Data Services, Inc.
Donald A. Workman
c/o Baker & Hostetler LLP
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,567.00 | $0.00 |
| **Total:** | **$1,567.00** | **$0.00** |

C U D

**Claim Status:** Altered

**Claim Num:** 107
**Date Filed:** 4/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
FIS Flood Services, L.P.
Donald A. Workman
c/o Baker & Hostetler LLP
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $32,478.00 | $32,478.00 |
| **Total:** | **$32,478.00** | **$32,478.00** |

C U D

**Claim Status:** Altered

**Claim Num:** 109
**Date Filed:** 4/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
FIS Valuation Solutions, LLC f/k/a Hansen Quality LLC
Donald A. Workman
c/o Baker & Hostetler LLP
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $68,808.00 | $61,051.00 |
| **Total:** | **$68,808.00** | **$61,051.00** |

C U D

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 436
**Date Filed:** 11/17/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Fisher & Fisher
Princess Tate
One Whitehall Street, 17th Floor
New York, NY 10004

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $6,701.48 | $6,701.48 |
| **Total:** | **$6,701.48** | **$6,701.48** |

**C U D**

**Claim Status:**

---

**Claim Num:** 363
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Fisher & Fisher
Princess Tate
One Whitehall Street, 17th Floor
New York, NY 10004

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,322.48 | $0.00 |
| **Total:** | **$2,322.48** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 369
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Fleetwood Financial, A Division of IDB Leasing, Inc.
Joseph F.X. O'Sullivan
EVP
1001 Durham Avenue
South Plainfield, NJ 07080

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,016,433.79 | $0.00 |
| **Total:** | **$1,016,433.79** | **$0.00** |

**C U D**

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 368
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Fleetwood Financial, A Division of IDB Leasing, Inc.
Joseph F.X. O'Sullivan
EVP
1001 Durham Avenue
South Plainfield, NJ 07080

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,016,433.79 | $736,206.08 |
| **Total:** | **$1,016,433.79** | **$736,206.08** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 31
**Date Filed:** 1/29/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Forman Perry Watkins Krutz & Tardy LLP
200 S. Lamar Street, Ste. #100
Jackson, MS 39201

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $8,236.77 | $0.00 |
| **Total:** | **$8,236.77** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 62
**Date Filed:** 3/14/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Gateway Southeast Properties, Inc.
Robert Greenberg
Esquire
c/o Robert Greenburg, Esq.
1101 17th Street, NW Ste. #700
Washington, DC 20036-4704

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $138,246.53 | $0.00 |
| **Total:** | **$138,246.53** | **$0.00** |

C U D

**Claim Status:** Expunged

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 371
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
General Electric Capital Corporation
Elena Lazarou
Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $2,577,535.03 | $2,000,000.00 |
| **Total:** | **$2,577,535.03** | **$2,000,000.00** |

**C U D**
Contingent

**Claim Status:** Altered

**Claim Num:** 370
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
General Electric Capital Corporation
Elena Lazarou
Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $16,989.05 | $0.00 |
| **Total:** | **$16,989.05** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**Claim Num:** 56
**Date Filed:** 2/29/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
General Electric Capital Corporation
Kimberly Lawson
Esq.
c/o Reed Smith LLP
1201 Market Street, Ste. #1500
Wilmington, DE 19801

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated
Disputed

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 178
**Date Filed:** 5/1/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Great American Insurance Company
T. Scott Leo
Attorney
Leo & Weber, P.C.
One N. LaSalle Street, Suite 3600
Chicago, IL 60602

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,846,000.00 | $0.00 |
| **Total:** | **$2,846,000.00** | **$0.00** |

**C U D**
Contingent

**Claim Status:** Altered

---

**Claim Num:** 177
**Date Filed:** 5/1/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Great American Insurance Company
T. Scott Leo
Attorney
Leo & Weber, P.C.
One N. LaSalle Street, Suite 3600
Chicago, IL 60602

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,846,000.00 | $0.00 |
| **Total:** | **$2,846,000.00** | **$0.00** |

**C U D**
Contingent

**Claim Status:** Altered

---

**Claim Num:** 132
**Date Filed:** 4/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Greystone Staffing, Inc.
Nicholas Tsiakos
Controller
P.O. Box 52272
Newark, NJ 07101-0220

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $527.52 | $0.00 |
| **Total:** | **$527.52** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 49
**Date Filed:** 2/25/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
GVR Back Office 123, LLC
Richard Holley
Esquire
400 South Fourth Street, Third Floor
Las Vegas, NV 89101

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $557,369.11 | $331,371.44 |
| **Total:** | **$557,369.11** | **$331,371.44** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 99
**Date Filed:** 4/3/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Hawthorne L. Brunson
6442 North 16th Street
Philadelphia, PA 19126

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $31,800.00 | $0.00 |
| **Total:** | **$31,800.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 98
**Date Filed:** 4/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Hawthorne L. Brunson
6442 North 16th Street
Philadelphia, PA 19126

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $31,800.00 | $0.00 |
| **Total:** | **$31,800.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 477
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-2
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 219
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-4
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 474

**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**

HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2007-1
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 221

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-2
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 222
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-1
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 423
**Date Filed:** 11/3/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2004-4
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $146,000.00 | $146,000.00 |
| **Total:** | **$146,000.00** | **$146,000.00** |

**C U D**
Contingent

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 473
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2007-2
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 482
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-1
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 218
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-1
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 476
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-3
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 220
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-3
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 478
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-1
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 481
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-2
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

C U D
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 479
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-4
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

C U D
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 480
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-3
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 475
**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-4
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 208
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-4
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 201
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2004-4
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 202
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2007-2
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 203
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2007-1
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 204

**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**

HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-4
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 205

**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**

HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-3
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 206
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-2
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 207
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-1
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 217
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-2
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 209
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-3
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 214
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2007-1
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 210
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-2
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 211
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2005-1
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 212
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2007-3
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 213
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2007-2
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 216
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-3
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 215
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Bank USA, National Association, as Indenture Trustee
Susie Moy
Vice President
RHEL Trust 2006-4
CTLA - Structured Finance
10 East 40th Street, 14th Floor
New York, NY 10016-0200

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 147
**Date Filed:** 4/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HSBC Mortgage Services Inc.
Cullen K. Kuhn
Esquire
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $4,962,462.46 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $1,395,102.47 |
| **Total:** | **$4,962,462.46** | **$1,395,102.47** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 146
**Date Filed:** 4/28/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
HSBC Mortgage Services Inc.
Cullen K. Kuhn
Esquire
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $4,962,462.46 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $1,395,102.47 |
| **Total:** | **$4,962,462.46** | **$1,395,102.47** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 183
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
HUB Properties Trust
Jennifer J. Lark
c/o Reit Management & Research, LLC
400 Centre Street
Newton, MA 02458-2076

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $21,908.33 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $831,220.26 | $820,794.26 |
| **Total:** | **$853,128.59** | **$820,794.26** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 333
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Hugh Miller
80 Coves Run
Syosset, NY 11791

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $4,189,050.00 | $0.00 |
| **Total:** | **$4,200,000.00** | **$0.00** |

C U D
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 340
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Hugh Miller
80 Coves Run
Syosset, NY 11791

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $4,189,050.00 | $0.00 |
| **Total:** | **$4,200,000.00** | **$0.00** |

C U D
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 106
**Date Filed:** 4/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Hunton & Williams LLP
Robert S. Westermann
Counsel
951 E. Byrd Street
02-C-2919
Riverfront Plaza, East Tower
Richmond, VA 23219

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,950.00 | $0.00 |
| **Total:** | **$1,950.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 409
**Date Filed:** 7/18/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Indiana Department of Revenue
Carol Lushell
Tax Analyst
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis, IN 46204

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $42,148.85 | $0.00 |
| Unsecured: | $4,214.88 | $0.00 |
| **Total:** | **$46,363.73** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 410
**Date Filed:** 7/18/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Indiana Department of Revenue
Carol Lushell
Tax Analyst
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis, IN 46204

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $1,877.24 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$1,877.24** | **$0.00** |

C U D

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 138

**Date Filed:** 4/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Indiana Department of Revenue
Carol Lushell
Tax Analyst
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis, IN 46204

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $2,888.99 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $2,888.99 | $0.00 |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 137

**Date Filed:** 4/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Indiana Department of Revenue
Carol Lushell
Tax Analyst
Bankruptcy Section, N-240
100 North Senate Avenue
Indianapolis, IN 46204

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $133,468.61 | $0.00 |
| Unsecured: | $100,254.50 | $0.00 |
| Total: | $233,723.11 | $0.00 |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 75

**Date Filed:** 3/31/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Intellidyn Corp.
Brian S. Balzarini
CFO
175 Derby Street, Suite 40
Hingham, MA 02043

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $12,225.00 | $12,225.00 |
| Total: | $12,225.00 | $12,225.00 |

C U D

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 36
**Date Filed:** 2/6/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Intercall, Inc.
Melody Lohr
11808 Miracle Hills Drive
Omaha, NE 68154

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $460.30 | $460.30 |
| **Total:** | **$460.30** | **$460.30** |

C U D

**Claim Status:**

---

**Claim Num:** 25
**Date Filed:** 2/1/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Internal Revenue Service
P. Beams
Insolvency Specialist
31 Hopkins Plaza, RM 1150
Baltimore, MD 21201

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $2,203,988.39 | $0.00 |
| **Unsecured:** | $570,755.94 | $0.00 |
| **Total:** | **$2,774,744.33** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 66
**Date Filed:** 3/24/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Iron Mountain Information Management, Inc.
R. Frederick Linfesty
Esquire
745 Atlantic Avenue
10th Floor
Boston, MA 02111

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $90.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,273.92 | $0.00 |
| **Total:** | **$1,363.92** | **$0.00** |

C U D

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 182

**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
J.B. Lunce And Martha Lunce
Martha Lunce
170-40 130th Ave. Apt. 1E, B-10
Jamaica, NY 11434

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 119

**Date Filed:** 4/11/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Janet Garten
Bren J. Pomponio
Esquire
Mountain State Justice, Inc.
1031 Quarrier Street, Suite 200
Charleston, WV 25301

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $50,000.00 | $0.00 |
| **Total:** | **$50,000.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 172

**Date Filed:** 5/1/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Jasper Dockery #39631-053
06-CV -4936 (ARR)(LB)
P.O. Box 2099
U.S. Penitentiary - Pollock
Pollock, LA 71476

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $720,000.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $720,000.00 | $0.00 |
| **Total:** | **$1,440,000.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 394

**Date Filed:** 5/12/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Jasper Dockery #39631-053
06-CV -4936 (ARR)(LB)
P.O. Box 2099
U.S. Penitentiary - Pollock
Pollock, LA 71476

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $720,000.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $720,000.00 | $0.00 |
| **Total:** | **$1,440,000.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 328

**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**

John & Patricia Papka
49 Winter Street
Lynbrook, NY 11563

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 11

**Date Filed:** 1/14/2008

**Debtor:** Delta Financial Corporation

**Creditor:**

John A. Heyman, CPA
John Heyman
1079 Breakers West Way
West Palm Beach, FL 33411-1849

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,000.00 | $1,000.00 |
| **Total:** | **$1,000.00** | **$1,000.00** |

**C U D**

**Claim Status:**

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 357
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
John Adamovich
29 Eakins Road
Manhasset, NY 11030

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

C U D
Contingent
Unliquidated

**Claim Status:** Expunged

**Claim Num:** 104
**Date Filed:** 4/4/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Kathleen Joann Stewart
3015 Erwin Road
Clarksville, TN 37043

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $100.00 | $0.00 |
| **Total:** | **$100.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**Claim Num:** 142
**Date Filed:** 4/25/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Key Equipment Finance Inc.
Jonathan Braun
1000 S. McCaslin Blvd.
Superior, CO 80027

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $5,192.43 | $0.00 |
| **Total:** | **$5,192.43** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 40
**Date Filed:** 2/11/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Key Equipment Finance, Inc.
Rita Robles
1000 S. McCaslin Blvd.
Superior, CO 80027

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $5,192.43 | $0.00 |
| **Total:** | **$5,192.43** | **$0.00** |

C U D

**Claim Status:** Expunged

**Claim Num:** 125
**Date Filed:** 4/15/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Kinczel Appraisal Services
Martin Kinczel
Principal
2239 W. Fullerton Avenue, Suite 1
Chicago, IL 60647

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $28.00 | $0.00 |
| **Total:** | **$28.00** | **$0.00** |

C U D

**Claim Status:** Altered

**Claim Num:** 360
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Lake Park 1000 Woodbury LLC and CLK-HP 1000 Woodbury LLC
David Claser
COO
CLK/Houlihan-Parnes LLC
7600 Jericho Turnpike, Suite 400
Woodbury, NY 11797

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $7,283,884.29 | $2,965,820.49 |
| **Total:** | **$7,283,884.29** | **$2,965,820.49** |

C U D

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 192
**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Laura Bressmer et al.
Christopher D. Loizides
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 339
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Lee Miller
16 Hunting Hill Road
Woodbury, NY 11797

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 113
**Date Filed:** 4/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Lending Tree, LLC
Michael Adams
11115 Rushmore Drive
Charlotte, NC 28277-3442

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $92,510.00 | $92,510.00 |
| **Total:** | **$92,510.00** | **$92,510.00** |

**C U D**

**Claim Status:**

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 200
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Lexis Nexis/Accurint
David Bennett
Mgr-Cust Accounting
Accurint-Account #1026637
PO Box 7247-6157
Philadelphia, PA

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $3,814.75 | $0.00 |
| Total: | $3,814.75 | $0.00 |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 408
**Date Filed:** 7/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
LexisNexis, A Div of Reed Elsevier Inc.
Beth Farnham
9443 Springboro Pike
Miamisburg, OH 45342

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $2,571.07 | $0.00 |
| Total: | $2,571.07 | $0.00 |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 38
**Date Filed:** 2/12/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Liberty Property Limited Partnership
Jacob Brown
Esquire
c/o Akerman Senterfitt
50 North Laura Street, Ste. #2500
Jacksonville, FL 32202

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $4,384.33 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $59,735.44 | $59,735.44 |
| Total: | $64,119.77 | $59,735.44 |

C U D

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 37
**Date Filed:** 2/12/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Liberty Property Limited Partnership
Jacob Brown
Esquire
c/o Akerman Senterfitt
50 North Laura Street, Ste. #2500
Jacksonville, FL 32202

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $4,384.33 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $59,735.44 | $0.00 |
| **Total:** | **$64,119.77** | **$0.00** |

C U D

**Claim Status:** Expunged

**Claim Num:** 180
**Date Filed:** 5/1/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Lichtin/Charlotte LLC
Lillian H. Watson
Esquire
Womble Carlyle Sandridge & Rice, PLLC
300 North Greene Street
Suite 1900
Greensboro, NC 27401

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $576,092.10 | $567,152.84 |
| **Total:** | **$576,092.10** | **$567,152.84** |

C U D

**Claim Status:** Altered

**Claim Num:** 153
**Date Filed:** 4/29/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Lillian Nayor
As Voluntary Admin of the Estate of Pattie Ambrose
134-37 166th Place, Apt. #7G
Jamaica, NY 11434

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $295.00 | $0.00 |
| **Total:** | **$295.00** | **$0.00** |

C U D

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 141
**Date Filed:** 4/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Littler Mendelson, PC
Robert Pritchard
Esquire
625 Liberty Avenue, 26th Floor
Dominion Tower
Pittsburgh, PA 15222

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $83,115.68 | $0.00 |
| **Total:** | **$83,115.68** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 71
**Date Filed:** 3/27/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Logicease Solutions Inc.
Anita Kwan
CEO
Compliance Ease Division
1350 Bayshore Hwy, Suite LL33
Burlingame, CA 94010-1823

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $250.00 | $0.00 |
| **Total:** | **$250.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 326
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Louise V. Juliano
427 Foch Blvd.
Mineola, NY 11501

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

C U D
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 412
**Date Filed:** 7/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Louisiana Department of Revenue
Vernette Lejeune
Revenue Tax Specialist
P.O. Box 66658
Baton Rouge, LA 70896-6658

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $3,854.65 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$3,854.65** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 110
**Date Filed:** 4/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
LSI Appraisal, LLC
Donald A. Workman
c/o Baker & Hostetler LLP
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $9,445.00 | $0.00 |
| **Total:** | **$9,445.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 111
**Date Filed:** 4/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
LSI Title Company
Donald A. Workman
c/o Baker & Hostetler LLP
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $475.00 | $0.00 |
| **Total:** | **$475.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 33
**Date Filed:** 1/29/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
M.W. Schofield, Clark County Assessor
Tina Poff
Manager
P.O. Box 551401
Las Vegas, NV 89155-1401

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $3,217.37 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$3,217.37** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 29
**Date Filed:** 2/4/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
M.W. Schofield, Clark County Assessor
Tina Poff
Manager
P.O. Box 551401
Las Vegas, NV 89155-1401

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $3,217.37 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $3,217.27 |
| **Total:** | **$3,217.37** | **$3,217.27** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 338
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Marc Miller
39 Cherry Lane
Syosset, NY 11791

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

C U D
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 336
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Margaret Williams
255 W. 94th Street
Apt. 19A
New York, NY 10025

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $10,950.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

**Claim Num:** 46
**Date Filed:** 2/19/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Maricopa County Treasurer
Madeleine Wanslee
Esquire
c/o Gust Rosenfeld PLC
201 E. Washington, Ste. #800
Phoenix, AZ 85004-2327

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $376.60 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$376.60** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**Claim Num:** 103
**Date Filed:** 4/9/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Marie Klasa
271 Hunter Ridge Road
North Massapequa, NY 11758

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $110.00 | $0.00 |
| **Total:** | **$110.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 358
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Martin Payson
170 East End Avenue
New York, NY 10128

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 367
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
MB Financial Bank, N.A.
Dennis T. Roesslein
6111 N. River Road
Rosemont, IL 60018

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $377,557.56 | $0.00 |
| **Total:** | **$377,557.56** | **$0.00** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 366
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
MB Financial Bank, N.A.
Dennis T. Roesslein
6111 N. River Road
Rosemont, IL 60018

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $377,557.56 | $288,663.82 |
| **Total:** | **$377,557.56** | **$288,663.82** |

**C U D**

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 335
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
MBIA Insurance Corporation
Bruce A. Wilson
Attorney
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $403,211.00 | $0.00 |
| **Total:** | **$403,211.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 129
**Date Filed:** 4/18/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
McCalla Raymer, LLC
Kent E. Altom
Esquire
Six Concourse Parkway, Suite 3200
Atlanta, GA 30328

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $4,238.00 | $0.00 |
| **Total:** | **$4,238.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 65
**Date Filed:** 3/19/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
McGlinchey Stafford PLLC
Judy Deplantis
P.O. Box 60643
New Orleans, LA 70160-0643

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $12,353.01 | $12,353.01 |
| **Total:** | **$12,353.01** | **$12,353.01** |

**C U D**

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 461
**Date Filed:** 1/30/2009

**Debtor:** Delta Financial Corporation

**Creditor:**
Mecklenburg County NC Tax Collector
Neal L. Dixon
Director of Revenue Collections
700 East Stonewall Street
P.O. Box 31457
Charlotte, NC 28231

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $12,398.79 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$12,398.79** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 392
**Date Filed:** 5/8/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Mecklenburg County NC Tax Collector
Hamlin L. Wade
Mecklenburg County Tax Attorney
City County Tax Collector/Bankruptcy
P.O. Box 31457
Charlotte, NC 28231

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,648.16 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$10,648.16** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 83
**Date Filed:** 3/31/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Merrill Communications LLC
Leif Simpson
Claims Administrator
CM-9638
St. Paul, MN 55170-9638

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $32,706.54 | $32,706.54 |
| **Total:** | **$32,706.54** | **$32,706.54** |

C U D

**Claim Status:**

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 35
**Date Filed:** 2/12/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
MERSCORP, Inc.
Chris Mullins
Esquire
1595 Spring Hill Road, Ste. #310
Vienna, VA 22182

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $4,584.05 | $0.00 |
| **Total:** | **$4,584.05** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 419
**Date Filed:** 10/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
MERSCORP, Inc.
1818 Library St.
Suite 300
Reston, VA 20190

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $7,629.50 | $0.00 |
| **Total:** | **$7,629.50** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 190
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Michael Cardello, III as Discovery Referee
Michael Cardello, III
Moritt Hock Hamroff & Horowitz, LLP
c/o Michael Cardello, III
400 Garden City Plaza
Garden City, NY 11530

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $21,000.00 | $0.00 |
| **Total:** | **$21,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 191
**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Michael Cardello, III as Discovery Referee
Michael Cardello, III
Moritt Hock Hamroff & Horowitz, LLP
c/o Michael Cardello, III
400 Garden City Plaza
Garden City, NY 11530

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $21,000.00 | $0.00 |
| **Total:** | **$21,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 196
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Michele C. Burkitt
Michele C. Burkitt
3666 John Street
Wantagh, NY 11793

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $2,303.54 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$2,303.54** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 402
**Date Filed:** 6/9/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Milena Dadich
63 Sprucewood Blvd.
Central Islip, NY 11722

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 401
**Date Filed:** 6/9/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Milena Dadich
63 Sprucewood Blvd.
Central Islip, NY 11722

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 73
**Date Filed:** 3/28/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Mr. Doorman, Inc.
C. Michael Smith
Vice President
700 Montana Drive
Charlotte, NC 28216

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $4,080.71 | $4,080.71 |
| **Total:** | **$4,080.71** | **$4,080.71** |

C U D

**Claim Status:**

---

**Claim Num:** 150
**Date Filed:** 4/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Myron Goldman
Herbert C. Kantor
Esquire
Kantor, Davidoff, Wolfe, Mandelker & Kass, P.C.
51 East 42nd Street, Suite 1700
New York, NY 10017

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $100,000.00 | $0.00 |
| **Total:** | **$100,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 149
**Date Filed:** 4/28/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Myron Goldman
Herbert C. Kantor
Esquire
Kantor, Davidoff, Wolfe, Mandelker & Kass, P.C.
51 East 42nd Street, Suite 1700
New York, NY 10017

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $100,000.00 | $0.00 |
| **Total:** | **$100,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 59
**Date Filed:** 3/17/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Nan Gartenberg
Nan Gartenburg
75 Knightsbridge Road
Apt. 1J
Great Neck, NY 11021

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $115.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$115.00** | **$0.00** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 195
**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Napa Field Services, Inc.
Dennis McGovern
President
PO Box 693
Hickville, NY 11801-0693

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $3,330.00 | $3,330.00 |
| **Total:** | **$3,330.00** | **$3,330.00** |

C U D

**Claim Status:**

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 52
**Date Filed:** 3/3/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
National Field Representatives, Inc.
Vickie Page
Vice President
P.O. Box 1440
Claremont, NH 03743

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $3,872.00 | $0.00 |
| **Total:** | **$3,872.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 19
**Date Filed:** 1/23/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Navarro County
Elizabeth Weller
Esquire
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Ste. #1600
Dallas, TX 75201

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $23.48 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$23.48** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 3
**Date Filed:** 1/11/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Nelson Mullins Riley & Scarborough, LLP
Betsy Burn
Esquire
P.O. Box 11070
Columbia, SC 29211

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,466.33 | $0.00 |
| **Total:** | **$1,466.33** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 128

**Date Filed:** 4/15/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Nevada Department of Taxation
David Wilcox
Revenue Officer II
Attn: Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $830.28 | $0.00 |
| **Total:** | **$830.28** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**Claim Num:** 406

**Date Filed:** 6/20/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Nevada Department of Taxation
David Wilcox
Revenue Officer II
Attn: Bankruptcy Section
555 E. Washington Avenue, #1300
Las Vegas, NV 702-486-2347

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $440.48 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$440.48** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**Claim Num:** 124

**Date Filed:** 4/14/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Nevada Department of Taxation
David Wilcox
Revenue Officer II
Attn: Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $830.28 | $0.00 |
| **Total:** | **$830.28** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 404
**Date Filed:** 6/13/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Nevada Department of Taxation
David Wilcox
Revenue Officer II
Attn: Bankruptcy Section
555 E. Washington Avenue, #1300
Las Vegas, NV 702-486-2347

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $440.48 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$440.48** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 118
**Date Filed:** 4/11/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
New York Agency for Community Affairs
Elizabeth Reosti
NY ACORN 2-4 Nevens Street
2nd Floor
Brooklyn, NY 11217

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $50,000.00 | $0.00 |
| **Total:** | **$50,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 6
**Date Filed:** 1/7/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $2,979,745.12 | $0.00 |
| **Total:** | **$2,979,745.12** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 117
**Date Filed:** 4/10/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $89,951.00 | $0.00 |
| **Unsecured:** | $16,380.00 | $0.00 |
| **Total:** | **$106,331.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**Claim Num:** 405
**Date Filed:** 6/19/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $12,434.03 | $0.00 |
| **Unsecured:** | $2,189,392.79 | $0.00 |
| **Total:** | **$2,201,826.82** | **$0.00** |

**C U D**

**Claim Status:** Altered

**Claim Num:** 61
**Date Filed:** 3/17/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $608,466.00 | $0.00 |
| **Unsecured:** | $3,026,026.12 | $0.00 |
| **Total:** | **$3,634,492.12** | **$0.00** |

**C U D**

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 490
**Date Filed:** 7/20/2010

**Debtor:** Delta Financial Corporation

**Creditor:**
New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $279,562.22 | $0.00 |
| Unsecured: | $2,199,480.49 | $0.00 |
| Total: | $2,479,042.71 | $0.00 |

C U D

**Claim Status:** Altered

**Claim Num:** 23
**Date Filed:** 1/25/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $200.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $200.00 | $0.00 |

C U D

**Claim Status:** Expunged

**Claim Num:** 400
**Date Filed:** 5/15/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $608,968.00 | $0.00 |
| Unsecured: | $3,026,026.12 | $0.00 |
| Total: | $3,634,994.12 | $0.00 |

C U D

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 396
**Date Filed:** 5/13/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
New York State Department of Taxation and Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205-0300

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $1,000.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$1,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 87
**Date Filed:** 3/31/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Notable Solutions, Inc.
Jennifer Bell
CFO
600 Jefferson Plaza, Suite 500
Rockville, MD 20852

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $12,956.90 | $0.00 |
| **Total:** | **$12,956.90** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 123
**Date Filed:** 4/14/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Oak Tree Farm Dairy, Inc.
Carolann Lonner
Wholesale Manager
544 Elwood Road
East Northport, NY 11731

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $629.68 | $0.00 |
| **Total:** | **$629.68** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 173
**Date Filed:** 5/1/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Oakereta Williams
Navid Vazire
Esquire
South Brooklyn Legal Services
105 Court Street, 3rd Floor
Brooklyn, NY 11201

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $198,799.94 | $0.00 |
| **Total:** | **$198,799.94** | **$0.00** |

**C U D**
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 348
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Joseph DeRinaldi
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $46,603.38 | $46,603.38 |
| **Total:** | **$46,603.38** | **$46,603.38** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 345
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Karen Kettle
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $6,153,981.93 | $0.00 |
| **Total:** | **$6,153,981.93** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 346
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Karen Kettle
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $6,153,981.93 | $268,804.00 |
| **Total:** | **$6,153,981.93** | **$268,804.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 354
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Karen Kettle
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $554,048.37 | $24,208.00 |
| **Total:** | **$554,048.37** | **$24,208.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 347
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Joseph DeRinaldi
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $46,603.38 | $0.00 |
| **Total:** | **$46,603.38** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 349
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Henena Jormelius
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $24,705.32 | $0.00 |
| **Total:** | **$24,705.32** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 350
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Henena Jormelius
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $24,705.32 | $34,761.95 |
| **Total:** | **$24,705.32** | **$34,761.95** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 351
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Jolene A. Stratton
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $71,133,866.07 | $0.00 |
| **Total:** | **$71,133,866.07** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 353
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Karen Kettle
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $554,048.37 | $0.00 |
| Total: | **$554,048.37** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 352
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Ocwen Loan Servicing, LLC
Jolene A. Stratton
Ocwen Financial Corporation
1661 Wortington Road, Suite 100
West Palm Beach, FL 33409

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $71,133,866.07 | $3,112,496.63 |
| Total: | **$71,133,866.07** | **$3,112,496.63** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 67
**Date Filed:** 3/25/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Ohio Bureau of Workers' Compensation
Jill A. Whitworth
BWC Attorney
Legal Operations Bankurptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $6,359.29 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | **$6,359.29** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 68
**Date Filed:** 3/25/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Ohio Bureau of Workers' Compensation
Jill A. Whitworth
BWC Attorney
Legal Operations Bankurptcy Unit
P.O. Box 15567
Columbus, OH 43215-0567

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $9,015.98 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$9,015.98** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 372
**Date Filed:** 5/6/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Ohio Department of Taxation
Rebecca L. Daum
Attorney
P.O. Box 530
Bankruptcy Division
Columbus, OH 43216-0530

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $17,564.10 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$17,564.10** | **$0.00** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 373
**Date Filed:** 5/6/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Ohio Department of Taxation
Rebecca L. Daum
Attorney
P.O. Box 530
Bankruptcy Division
Columbus, OH 43216-0530

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $18,045.93 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$18,045.93** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 17
**Date Filed:** 1/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Oklahoma Tax Commission
Joseph Gappa
General Counsel
Bankruptcy Section
120 N. Robinson, Ste. #2000
Oklahoma City, OK 73102-7471

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $90.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$90.00** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

---

**Claim Num:** 12
**Date Filed:** 1/14/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Olympia Promotions
Harvey Wiesenberg
VP
1603 Jericho Turnpike
New Hyde Park, NY 11040

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $3,018.71 | $3,018.71 |
| **Total:** | **$3,018.71** | **$3,018.71** |

| C U D |
|---|
| |

**Claim Status:**

---

**Claim Num:** 82
**Date Filed:** 3/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Olympia Promotions
Harvey Wiesengerg
Vice President
1603 Jericho Turnpike
New Hyde Park, NY 11040

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $992.38 | $0.00 |
| **Total:** | **$992.38** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 81
**Date Filed:** 3/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Olympia Promotions
Harvey Wiesengerg
Vice President
1603 Jericho Turnpike
New Hyde Park, NY 11040

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $958.72 | $0.00 |
| Total: | $958.72 | $0.00 |

C U D

**Claim Status:** Expunged

**Claim Num:** 80
**Date Filed:** 3/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Olympia Promotions
Harvey Wiesengerg
Vice President
1603 Jericho Turnpike
New Hyde Park, NY 11040

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $571.95 | $0.00 |
| Total: | $571.95 | $0.00 |

C U D

**Claim Status:** Expunged

**Claim Num:** 79
**Date Filed:** 3/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Olympia Promotions
Harvey Wiesengerg
Vice President
1603 Jericho Turnpike
New Hyde Park, NY 11040

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $462.50 | $0.00 |
| Total: | $462.50 | $0.00 |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 85

**Date Filed:** 3/31/2008

**Debtor:** Delta Financial Corporation

**Creditor:**

One Communications
Janice Ronan
Collections Analyst
Account #3320691
313 Boston Post Road West
Marlborough, MA 01752

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $677.03 | $677.03 |
| **Total:** | **$677.03** | **$677.03** |

**C U D**

**Claim Status:**

---

**Claim Num:** 18

**Date Filed:** 1/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Oracle USA, Inc., successor to Siebel Systems
Shawn Christiansen
Esquire
c/o Buchalter Nemer PC
333 Market Street, 25th Floor
San Francisco, CA 94105

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $23,265.88 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $255,924.68 | $0.00 |
| **Total:** | **$279,190.56** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 460

**Date Filed:** 2/4/2009

**Debtor:** Delta Funding Corporation

**Creditor:**

Oracle USA, Inc., successor to Siebel Systems
Shawn Christiansen
Esquire
c/o Buchalter Nemer PC
333 Market Street, 25th Floor
San Francisco, CA 94105

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $279,190.56 | $249,954.38 |
| **Total:** | **$279,190.56** | **$249,954.38** |

**C U D**

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 395
**Date Filed:** 5/12/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Pauline Busby
973 Green Avenue
Apt. 2
Brooklyn, NY 11221

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $8,400.00 | $0.00 |
| **Total:** | **$8,400.00** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

---

**Claim Num:** 135
**Date Filed:** 4/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Pentecostal Temple Church
6300 East Liberty Blvd.
Pittsburgh, PA 15206

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,000.00 | $0.00 |
| **Total:** | **$2,000.00** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

---

**Claim Num:** 385
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Peter T. Roach & Associates, P.C.
Peter T. Roach
100 Jericho Quadrangle, Suite 215
Jericho, NY 11753

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,825.00 | $0.00 |
| **Total:** | **$3,825.00** | **$0.00** |

| C U D |
|---|
| |

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 94
**Date Filed:** 3/31/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Philip J. Bova
449 Lloyd Street
Sebastian, FL 32958

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $110.00 | $0.00 |
| **Total:** | **$110.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 421
**Date Filed:** 10/17/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Pickett, Gracie
Shelley C. Chapman
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $136,800.00 | $136,800.00 |
| **Total:** | **$136,800.00** | **$136,800.00** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 95
**Date Filed:** 4/1/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Pieczonka Unlimited
Carol Atkins
4350 State Route 128
Suite C
Cleves, OH 45002

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $390.00 | $390.00 |
| **Total:** | **$390.00** | **$390.00** |

C U D

**Claim Status:**

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 417
**Date Filed:** 9/16/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Pitney Bowes Credit Corporation
Grisselle Betancourt
Bankruptcy Coordinator
27 Waterview Drive
Attn: Recovery Dept.
Shelton, CT 06484-4361

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,439.99 | $0.00 |
| **Total:** | **$1,439.99** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 127
**Date Filed:** 4/15/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Popular Equipment Finance
Stephen L. Marler
Director Asset Mgmnt
15933 Clayton Road, Suite 200
Ballwin, MO 63011

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $3,000.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $202,285.50 | $164,228.60 |
| **Total:** | **$205,285.50** | **$164,228.60** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 55
**Date Filed:** 3/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Pro-Teck Services, Ltd.
Thomas O'Grady
411 Waverley Oaks Road, Ste. #321
Waltham, MA 02452

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $5,850.00 | $0.00 |
| **Total:** | **$5,850.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 54
**Date Filed:** 3/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Pro-Teck Services, Ltd.
Thomas O'Grady
411 Waverley Oaks Road, Ste. #321
Waltham, MA 02452

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $2,595.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$2,595.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 140
**Date Filed:** 4/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Prudential Financial
200 Wood Avenue
South Iselin, NJ 08830

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $7,443.50 | $0.00 |
| **Total:** | **$7,443.50** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 157
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,831.20 | $1,831.20 |
| **Total:** | **$1,831.20** | **$1,831.20** |

**C U D**

**Claim Status:**

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 155
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $574.00 | $574.00 |
| **Total:** | **$574.00** | **$574.00** |

C U D

**Claim Status:**

---

**Claim Num:** 156
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $1,778.70 | $1,778.70 |
| **Total:** | **$1,778.70** | **$1,778.70** |

C U D

**Claim Status:**

---

**Claim Num:** 164
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $6,929.20 | $6,929.20 |
| **Total:** | **$6,929.20** | **$6,929.20** |

C U D

**Claim Status:**

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 158

**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,072.90 | $3,072.90 |
| **Total:** | **$3,072.90** | **$3,072.90** |

| C U D |
|---|
| |

**Claim Status:**

**Claim Num:** 165

**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $7,788.41 | $7,788.41 |
| **Total:** | **$7,788.41** | **$7,788.41** |

| C U D |
|---|
| |

**Claim Status:**

**Claim Num:** 159

**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,074.77 | $3,074.77 |
| **Total:** | **$3,074.77** | **$3,074.77** |

| C U D |
|---|
| |

**Claim Status:**

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 163
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $5,660.20 | $5,660.20 |
| **Total:** | **$5,660.20** | **$5,660.20** |

C U D

**Claim Status:**

**Claim Num:** 162
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $5,383.75 | $5,383.75 |
| **Total:** | **$5,383.75** | **$5,383.75** |

C U D

**Claim Status:**

**Claim Num:** 161
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $4,584.60 | $4,584.60 |
| **Total:** | **$4,584.60** | **$4,584.60** |

C U D

**Claim Status:**

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 160
**Date Filed:** 4/30/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Quality Moving and Storage
John Moeller
174 Miller Place
Hicksville, NY 11801

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,286.20 | $3,286.20 |
| **Total:** | **$3,286.20** | **$3,286.20** |

**C U D**

**Claim Status:**

**Claim Num:** 151
**Date Filed:** 4/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Qwest Corporation
Jane Frey
1801 California Street, Room 900
Denver, CO 80202-2658

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $532.01 | $0.00 |
| **Total:** | **$532.01** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**Claim Num:** 342
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Randall Michaels
101 Prospect Road
Centerport, NY 11721

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $10,950.00 | $0.00 |
| **Unsecured:** | $396,628.00 | $0.00 |
| **Total:** | **$407,578.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 331
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Randall Michaels
101 Prospect Road
Centerport, NY 11721

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $10,950.00 | $10,950.00 |
| **Unsecured:** | $396,628.00 | $396,628.00 |
| **Total:** | **$407,578.00** | **$407,578.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:**

---

**Claim Num:** 112
**Date Filed:** 4/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Real EC Technologies, Inc.
Donald A. Workman
c/o Baker & Hostetler LLP
1050 Connecticut Avenue NW
Suite 1100
Washington, DC 20036

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $20,375.00 | $20,375.00 |
| **Total:** | **$20,375.00** | **$20,375.00** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 456
**Date Filed:** 1/13/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
REALEC TECHNOLOGIES, INC.
Catherine Whitehoue
Controller
2510 Red Hill Avenue
Santa Ana, CA 92705

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $22,837.50 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$22,837.50** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 16
**Date Filed:** 1/22/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Regional Income Tax Agency
J Zamuska
Attn: Legal Dept.
P.O. Box 470537
Broadview Heights, OH 44147

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $339.73 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$339.73** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 332
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Richard Blass
22 Wharton Place
Melville, NY 11747

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $3,243,059.00 | $0.00 |
| **Total:** | **$3,254,009.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 341
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Richard Blass
22 Wharton Place
Melville, NY 11747

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $3,243,059.00 | $0.00 |
| **Total:** | **$3,254,009.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 86
**Date Filed:** 3/31/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Robert Franklin Wilkes, Jr.
147 Shannandoah Drive
Pittsburgh, PA 15235

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $10,950.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**Claim Num:** 422
**Date Filed:** 10/17/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Robinson, Martha E.
Shelley C. Chapman
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $132,550.00 | $132,550.00 |
| **Total:** | **$132,550.00** | **$132,550.00** |

C U D

**Claim Status:** Altered

**Claim Num:** 489
**Date Filed:** 10/29/2009

**Debtor:** Delta Financial Corporation

**Creditor:**
Roswitha A. Glaser
16 Burnham Lane
Dix Hills, NY 11746

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $25,000.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$25,000.00** | **$0.00** |

C U D

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 100
**Date Filed:** 4/3/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Roswitha A. Glaser
16 Burnham Lane
Dix Hills, NY 11746

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 374
**Date Filed:** 5/6/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Sidney A. Miller
10 Ballantine Lane
Great Neck, NY 11024

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $10,950.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 187
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
South Hills Limited Partnership
Guthery D. Crim
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 E. Gay St, PO Box 1008
Columbus, OH 43216-1008

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $10,400.00 | $5,000.00 |
| **Total:** | **$10,400.00** | **$5,000.00** |

**C U D**

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 188

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

South Hills Limited Partnership
Guthery D. Crim
c/o Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 E. Gay St, PO Box 1008
Columbus, OH 43216-1008

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $277,772.79 | $277,772.79 |
| **Total:** | **$277,772.79** | **$277,772.79** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 58

**Date Filed:** 3/12/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Sprint Nextel
Chadd McNulty
Bankruptcy Analyst
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $6,552.33 | $0.00 |
| **Total:** | **$6,552.33** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 93

**Date Filed:** 3/31/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Syosset Beverage
Roseann Nicotra
President
600 Jericho Turnpike
Syosset, NY 11791

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $271.68 | $0.00 |
| **Total:** | **$271.68** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 329
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Tempe Fountainhead Corporate, LLC
Nicholas B. Hoskins
Attorney
Fennemore Craig, P.C.
3003 N. Central Avenue, Suite 2600
Phoenix, AZ 85012-2913

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $386,456.14 | $386,456.14 |
| **Total:** | **$386,456.14** | **$386,456.14** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 53
**Date Filed:** 3/3/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Tempe Fountainhead Corporate, LLC
Nicolas Hoskins
Esq.
c/o Fennemore Craig, P.C.
3003 N. Central Ave., Ste. #2600
Phoenix, AZ 85012-2913

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $386,456.14 | $386,456.14 |
| **Total:** | **$386,456.14** | **$386,456.14** |

**C U D**
Unliquidated

**Claim Status:**

---

**Claim Num:** 15
**Date Filed:** 1/22/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Tennessee Department of Revenue
Wilbur Hooks
P.O. Box 20207
Nashville, TN 37202-0207

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $9,896.06 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$9,896.06** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 4
**Date Filed:** 1/11/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
The Altman Group, Inc.
Tracey Agg
Controller
1200 Wall St. West, 3rd Floor
Lyndhurst, NJ 07071

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $31,025.21 | $31,025.21 |
| **Total:** | **$31,025.21** | **$31,025.21** |

**C U D**

**Claim Status:**

---

**Claim Num:** 403
**Date Filed:** 6/13/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
The Federal Housing Administration (FHA) of the U.S. Dept. of HUD
U.S. Department of HUD
HUD-FOC Debt (#70690)
P.O. Box 979056
St. Louis, MO 63197-9000

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $635.97 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$635.97** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 189
**Date Filed:** 5/2/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
The Lending Source Ltd
Nicoll, Davis & Spinella LLP
95 Route 17 South, Suite 203
Paramus, NJ 07652

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 72
**Date Filed:** 3/28/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
The Torrenzano Group
Joanne Giordano
Comptroller
60 East 42nd Street, Suite 2112
New York, NY 10165-2112

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $10,041.10 | $10,041.10 |
| **Total:** | **$10,041.10** | **$10,041.10** |

C U D

**Claim Status:**

---

**Claim Num:** 330
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
The Treiber Group, LLC
Peter S. Treiber
COO
377 Oak Street
Garden City, NY 11530

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $12,880.50 | $12,880.50 |
| **Total:** | **$12,880.50** | **$12,880.50** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 44
**Date Filed:** 2/20/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
TPG Four Falls, LLC
David Aaronson
Esquire
Drinker Biddle & Reath LLP
One Logan Square, 18th & Cherry Streets
Philadelphia, PA 19103

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $559,922.42 | $559,922.42 |
| **Total:** | **$559,922.42** | **$559,922.42** |

C U D

**Claim Status:**

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 130
**Date Filed:** 4/17/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Transwestern Great Lakes, L.P.
Adam E. Berman
Attoreny
Mason, Wenk & Berman, L.L.C.
1033 Skokie Boulevard, Suite 250
Northbrook, IL 60062

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $458,133.63 | $397,022.91 |
| **Total:** | **$458,133.63** | **$397,022.91** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 41
**Date Filed:** 2/21/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
UCM/SREP Corporate Woods, LLC
Stephen Lewis
Esquire
Stolz Management of Delaware, Inc.
725 Conshocken State Road
Bala Cynwyd, PA 19004

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $4,745.12 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $70,438.66 | $70,438.66 |
| **Total:** | **$75,183.78** | **$70,438.66** |

C U D

**Claim Status:** Altered

---

**Claim Num:** 42
**Date Filed:** 2/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
UCM/SREP Corporate Woods, LLC
Stephen Lewis
Esquire
Stolz Management of Delaware, Inc.
725 Conshocken State Road
Bala Cynwyd, PA 19004

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $4,745.12 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $70,438.66 | $70,438.66 |
| **Total:** | **$75,183.78** | **$70,438.66** |

C U D

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 39
**Date Filed:** 2/8/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
United Parcel Service
Marybeth Newell
c/o RMS Bankruptcy Recovery Services
P.O. Box 4396
Timonium, MD 21094

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $808.46 | $0.00 |
| **Total:** | **$808.46** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 133
**Date Filed:** 4/21/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Unum Life Insurance Company of America
Heather Sullivan
Senior Paralegal
2211 Concress Street, C-495
Portland, ME 04122

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $14,957.94 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$14,957.94** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 323
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
USA Mobility Wireless, Inc.
Rendy Slone
Sr. Manager
P.O. Box 4062
Woburn, MA 01888-4062

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $5,750.49 | $0.00 |
| **Total:** | **$5,750.49** | **$0.00** |

C U D

**Claim Status:** Expunged

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

---

**Claim Num:** 78
**Date Filed:** 3/28/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Voltar Communications, Inc.
Julie Rohde Southern
Corporate Secretary
P.O. Box 27824
Tempe, AZ 85285-7824

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $206.00 | $0.00 |
| **Total:** | **$206.00** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 399
**Date Filed:** 5/10/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
W. B. Mason Company, Inc.
Kathleen A. Silverira
A/R Specialist
P.O. Box 55840
Boston, MA 02205-5840

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $13,950.35 | $0.00 |
| **Total:** | **$13,950.35** | **$0.00** |

C U D

**Claim Status:** Expunged

---

**Claim Num:** 398
**Date Filed:** 5/23/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
W. B. Mason Company, Inc.
Kathleen A. Silverira
A/R Specialist
P.O. Box 55840
Boston, MA 02205-5840

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $13,950.35 | $13,950.35 |
| **Total:** | **$13,950.35** | **$13,950.35** |

C U D

**Claim Status:**

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 420
**Date Filed:** 10/17/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Watts, Viola
Shelley C. Chapman
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $22,400.00 | $22,400.00 |
| **Total:** | **$22,400.00** | **$22,400.00** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 174
**Date Filed:** 5/1/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A.
Ester Hoffman
24 Executive Park, Suite 100
Irvine, CA 92614

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 175
**Date Filed:** 5/1/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Wells Fargo Bank, N.A.
Ester Hoffman
24 Executive Park, Suite 100
Irvine, CA 92614

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 286
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 2000-4;Series 2000-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 288
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 2001-1;Series 2001-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 290
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 2001-2;Series 2001-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
| --- | --- | --- |
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 292
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2002-1; Series 2002-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
| --- | --- | --- |
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 296
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2002-3; Series 2002-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 310
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2004-3; Series 2004-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 306
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2004-1; Series 2004-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 272
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1998-1;Series 1998-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 308
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2004-2; Series 2004-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 298
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2002-4; Series 2002-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 302
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2003-3; Series 2003-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 304
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2003-4; Series 2003-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 294
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2002-2; Series 2002-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 258
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1995-2;Series 1995-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 435

**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2004-2; Series 2004-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $146,000.00 | $135,320.10 |
| **Total:** | **$146,000.00** | **$135,320.10** |

**C U D**

Contingent

**Claim Status:** Altered

---

**Claim Num:** 434

**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2002-3; Series 2002-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $136,000.00 | $126,051.60 |
| **Total:** | **$136,000.00** | **$126,051.60** |

**C U D**

Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 433

**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2002-1; Series 2002-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $136,000.00 | $126,051.60 |
| **Total:** | **$136,000.00** | **$126,051.60** |

**C U D**

Contingent

**Claim Status:** Altered

---

**Claim Num:** 432

**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2003-3; Series 2003-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $141,000.00 | $130,685.85 |
| **Total:** | **$141,000.00** | **$130,685.85** |

**C U D**

Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 431

**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2004-3; Series 2004-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $146,000.00 | $135,320.10 |
| **Total:** | **$146,000.00** | **$135,320.10** |

**C U D**

Contingent

**Claim Status:** Altered

---

**Claim Num:** 430

**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2004-1; Series 2004-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $146,000.00 | $135,320.10 |
| **Total:** | **$146,000.00** | **$135,320.10** |

**C U D**

Contingent

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 429
**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2002-4; Series 2002-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $136,000.00 | $126,051.60 |
| **Total:** | **$136,000.00** | **$126,051.60** |

**C U D**
Contingent

**Claim Status:** Altered

---

**Claim Num:** 428
**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2003-1; Series 2003-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $141,000.00 | $130,685.85 |
| **Total:** | **$141,000.00** | **$130,685.85** |

**C U D**
Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 427
**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2002-2; Series 2002-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $136,000.00 | $126,051.60 |
| **Total:** | **$136,000.00** | **$126,051.60** |

**C U D**
Contingent

**Claim Status:** Altered

---

**Claim Num:** 300
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2003-1; Series 2003-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 425

**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1999-3;Series 1999-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $121,000.00 | $112,148.85 |
| **Total:** | **$121,000.00** | **$112,148.85** |

**C U D**

Contingent

**Claim Status:** Altered

---

**Claim Num:** 276

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1999-2;Series 1999-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 424
**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
RHEL Trust 2003-4; Series 2003-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $141,000.00 | $130,685.85 |
| **Total:** | **$141,000.00** | **$130,685.85** |

**C U D**
Contingent

**Claim Status:** Altered

---

**Claim Num:** 284
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 2000-3;Series 2000-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 260
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1996-1;Series 1996-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 262
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1996-2;Series 1996-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 264
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1996-3;Series 1996-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 266
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1997-1;Series 1997-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 268
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1997-2;Series 1997-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 270
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1997-3;Series 1997-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 274
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1999-1;Series 1999-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 426
**Date Filed:** 11/4/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1997-1;Series 1997-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $111,000.00 | $102,880.35 |
| **Total:** | **$111,000.00** | **$102,880.35** |

**C U D**
Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 278
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 1999-3;Series 1999-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 280
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 2000-1;Series 2000-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 282
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee for the Beneficial Holders
William J. Boone
Esquire
DFHEL Trust 2000-2;Series 2000-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 223
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee of Certain Trusts Comprised of
William J. Boone
Esquire
Pools of Residential Mortgage Loans
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 256
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., as Trustee of Certain Trusts Comprised of
William J. Boone
Esquire
Pools of Residential Mortgage Loans
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 247
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-3; Series 2005-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 312
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-1; Series 2005-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 438
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1999-3;Series 1999-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $7,054.85 | $6,538.79 |
| **Total:** | **$7,054.85** | **$6,538.79** |

**C U D**
Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 437
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1999-2;Series 1999-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,628.25 | $3,362.84 |
| **Total:** | **$3,628.25** | **$3,362.84** |

**C U D**
Contingent

**Claim Status:** Altered

---

**Claim Num:** 322
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-3; Series 2007-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 321
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-2; Series 2007-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $10,000.00 | $0.00 |
| **Total:** | **$10,000.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 320
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-1; Series 2007-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 319
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-4; Series 2006-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 318
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-3; Series 2006-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 317

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-2; Series 2006-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 316

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-1; Series 2006-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 315

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-4; Series 2005-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 289

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2001-2;Series 2001-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,574.29 | $0.00 |
| **Total:** | **$1,574.29** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 313
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-2; Series 2005-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 441
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2000-3;Series 2000-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,712.07 | $1,586.83 |
| **Total:** | **$1,712.07** | **$1,586.83** |

**C U D**
Contingent

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 311
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-4; Series 2004-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 309
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-3; Series 2004-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $16,876.80 | $0.00 |
| **Total:** | **$16,876.80** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 307
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-2; Series 2004-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $14,437.82 | $0.00 |
| **Total:** | **$14,437.82** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 305
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-1; Series 2004-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 303
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2003-4; Series 2003-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $9,655.68 | $0.00 |
| **Total:** | **$9,655.68** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 301
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2003-3; Series 2003-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $10,252.23 | $0.00 |
| **Total:** | **$10,252.23** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 299

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2003-1; Series 2003-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,047.47 | $0.00 |
| **Total:** | **$3,047.47** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 297

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-4; Series 2002-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,492.43 | $0.00 |
| **Total:** | **$2,492.43** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 245
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-1; Series 2005-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 293
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-2; Series 2002-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,563.76 | $0.00 |
| **Total:** | **$1,563.76** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 314

**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-3; Series 2005-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 452

**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-1; Series 2004-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $22,587.29 | $20,935.03 |
| **Total:** | **$22,587.29** | **$20,935.03** |

**C U D**

Contingent

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 472
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-2; Series 2007-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $9,268.50 |
| **Total:** | **$0.00** | **$9,268.50** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 471
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-1; Series 2007-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 470
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-4; Series 2006-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 469
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-3; Series 2006-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 468
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-2; Series 2006-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 467
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-1; Series 2006-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 466
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-4; Series 2005-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 465
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-3; Series 2005-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 464
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-2; Series 2005-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 463
**Date Filed:** 2/3/2009

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-1; Series 2005-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 439

**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2000-1;Series 2000-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,847.46 | $2,639.17 |
| **Total:** | **$2,847.46** | **$2,639.17** |

**C U D**

Contingent

**Claim Status:** Altered

**Claim Num:** 453

**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-2; Series 2004-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $26,713.96 | $24,759.83 |
| **Total:** | **$26,713.96** | **$24,759.83** |

**C U D**

Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 440
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2000-2;Series 2000-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,297.68 | $2,129.60 |
| **Total:** | **$2,297.68** | **$2,129.60** |

**C U D**
Contingent

**Claim Status:** Altered

**Claim Num:** 451
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2003-4; Series 2003-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $17,874.07 | $16,566.58 |
| **Total:** | **$17,874.07** | **$16,566.58** |

**C U D**
Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 450
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2003-3; Series 2003-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $18,976.73 | $17,588.58 |
| **Total:** | **$18,976.73** | **$17,588.58** |

**C U D**
Contingent

**Claim Status:** Altered

---

**Claim Num:** 449
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2003-1; Series 2003-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $5,658.54 | $5,244.62 |
| **Total:** | **$5,658.54** | **$5,244.62** |

**C U D**
Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 448
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-4; Series 2002-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $4,632.29 | $4,293.44 |
| **Total:** | **$4,632.29** | **$4,293.44** |

**C U D**
Contingent

**Claim Status:** Altered

**Claim Num:** 447
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-3; Series 2002-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $4,900.50 | $4,542.03 |
| **Total:** | **$4,900.50** | **$4,542.03** |

**C U D**
Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 446

**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-2; Series 2002-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,915.54 | $2,702.27 |
| **Total:** | **$2,915.54** | **$2,702.27** |

**C U D**

Contingent

**Claim Status:** Altered

---

**Claim Num:** 445

**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-1; Series 2002-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,708.27 | $2,510.16 |
| **Total:** | **$2,708.27** | **$2,510.16** |

**C U D**

Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 444

**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2001-2;Series 2001-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,935.20 | $2,720.49 |
| **Total:** | **$2,935.20** | **$2,720.49** |

**C U D**

Contingent

**Claim Status:** Altered

---

**Claim Num:** 443

**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2001-1;Series 2001-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $2,296.60 | $2,128.60 |
| **Total:** | **$2,296.60** | **$2,128.60** |

**C U D**

Contingent

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 442
**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2000-4;Series 2000-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,201.51 | $1,113.62 |
| **Total:** | **$1,201.51** | **$1,113.62** |

**C U D**
Contingent

**Claim Status:** Altered

---

**Claim Num:** 291
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-1; Series 2002-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,451.52 | $0.00 |
| **Total:** | **$1,451.52** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

## Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 454

**Date Filed:** 12/22/2008

**Debtor:** Delta Funding Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-3; Series 2004-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $31,222.65 | $28,938.71 |
| **Total:** | **$31,222.65** | **$28,938.71** |

**C U D**

Contingent

**Claim Status:** Altered

---

**Claim Num:** 235

**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-2; Series 2002-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

Debtor: Delta Funding Corporation*

**Claim Num:** 248
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-4; Series 2005-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| Total: | $0.00 | $0.00 |

C U D: Contingent, Unliquidated

**Claim Status:** Altered

**Claim Num:** 295
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-3; Series 2002-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $2,637.52 | $0.00 |
| Total: | $2,637.52 | $0.00 |

C U D: Contingent, Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 246
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-2; Notes, Series 2005-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 244
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-4; Series 2004-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 243
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-3; Series 2004-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 242
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-2; Series 2004-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 241
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2004-1; Series 2004-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 240
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2003-4; Series 2003-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 239
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2003-3; Series 2003-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 238
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2003-1; Series 2003-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 287
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2001-1;Series 2001-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,234.25 | $0.00 |
| **Total:** | **$1,234.25** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 236
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-3; Series 2002-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 249
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-1; Series 2006-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 234
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-1; Series 2002-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 233

**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-2; Series 2007-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 232

**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-1; Series 2007-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 231

**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-4; Series 2006-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 230

**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**

Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-3; Series 2006-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**

Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 229
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-2; Series 2006-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 228
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-1; Series 2006-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 227
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-4; Series 2005-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 226
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-3; Series 2005-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 225
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-2; Series 2005-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 224
**Date Filed:** 5/2/2008

**Debtor:** Renaissance REIT Investment Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2005-1; Series 2005-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 237
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2002-4; Series 2002-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 265
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1997-1;Series 1997-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 285
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2000-4;Series 2000-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $641.90 | $0.00 |
| **Total:** | **$641.90** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 283
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2000-3;Series 2000-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $918.13 | $0.00 |
| **Total:** | **$918.13** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 281
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2000-2;Series 2000-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,234.81 | $0.00 |
| **Total:** | **$1,234.81** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 279
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 2000-1;Series 2000-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,532.30 | $0.00 |
| **Total:** | **$1,532.30** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 277
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1999-3;Series 1999-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $3,808.28 | $0.00 |
| **Total:** | **$3,808.28** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 275
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1999-2;Series 1999-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $1,954.62 | $0.00 |
| **Total:** | **$1,954.62** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 273
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1999-1;Series 1999-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $25,006.10 | $23,176.90 |
| **Total:** | **$25,006.10** | **$23,176.90** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 271
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1998-1;Series 1998-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 267
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1997-2;Series 1997-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 263
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1996-3;Series 1996-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| Secured: | $0.00 | $0.00 |
| Administrative: | $0.00 | $0.00 |
| Priority: | $0.00 | $0.00 |
| Unsecured: | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 261
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1996-2;Series 1996-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 251
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-3; Series 2006-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

US Bankruptcy Court - District of Delaware
Case No. 07-11881 (CSS)

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 269
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1997-3;Series 1997-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 250
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-2; Series 2006-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 259
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1996-1;Series 1996-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**Claim Num:** 252
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2006-4; Series 2006-4
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 253
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-1; Series 2007-1
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 254
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-2; Series 2007-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

---

**Claim Num:** 255
**Date Filed:** 5/2/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
RHEL Trust 2007-3; Series 2007-3
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 257
**Date Filed:** 5/2/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wells Fargo Bank, N.A., for Individual Claims Asserted
William J. Boone
Esquire
DFHEL Trust 1995-2;Series 1995-2
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Altered

---

**Claim Num:** 361
**Date Filed:** 5/5/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
William Addas
16612 Calle Arbolada
Pacific Palisades, CA 90272

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $10,950.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$10,950.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 121
**Date Filed:** 4/11/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Wilma Hickland
5720 Winton Road, Apt. 214
Cincinnati, OH 45232

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $6,680.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $16,032.00 | $0.00 |
| **Unsecured:** | $3,093.82 | $0.00 |
| **Total:** | **$25,805.82** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 344
**Date Filed:** 5/5/2008

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wilmington Trust Company
Dorri Wolhar
Financial Services Officer
Individually and as Owner Trustee
1100 North Market Street
Wilmington, DE 19890-0001

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $4,000.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$4,000.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

---

**Claim Num:** 343
**Date Filed:** 5/5/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Wilmington Trust Company
Dorri Wolhar
Financial Services Officer
Individually and as Owner Trustee
1100 North Market Street
Wilmington, DE 19890-0001

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$0.00** | **$0.00** |

**C U D**
Contingent
Unliquidated

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 492
**Date Filed:** 12/14/2011

**Debtor:** Renaissance Mortgage Acceptance Corporation

**Creditor:**
Wilmington Trust Company, Individually and as Owner Trustee
Dorri Costello
Financial Svcs Officer
1100 North Market Street
Wilmington, DE 19890-0011

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $2,000.00 | $0.00 |
| **Unsecured:** | $0.00 | $0.00 |
| **Total:** | **$2,000.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

---

**Claim Num:** 122
**Date Filed:** 4/14/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Xerox Corporation
Vanessa Adams
Xerox Capital Services LLC
P.O. Box 660506
Dallas, TX 75266-9937

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $40,778.79 | $40,778.79 |
| **Total:** | **$40,778.79** | **$40,778.79** |

**C U D**

**Claim Status:** Altered

---

**Claim Num:** 126
**Date Filed:** 4/15/2008

**Debtor:** Delta Financial Corporation

**Creditor:**
Zhila Jones
Monty L. Bractcher
Esquire
3600 Old Georgetown Road
Edmond, OK 73013

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $200,000.00 | $0.00 |
| **Total:** | **$200,000.00** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**US Bankruptcy Court - District of Delaware**
**Case No. 07-11881 (CSS)**

# Register of Claims by Creditor

**Debtor: Delta Funding Corporation***

**Claim Num:** 413
**Date Filed:** 7/24/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Zones
Cherie Bowers
1102 15th Street SW, Ste. 102
Auburn, WA 98001

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $259.65 | $0.00 |
| **Total:** | **$259.65** | **$0.00** |

**C U D**

**Claim Status:** Expunged

**Claim Num:** 131
**Date Filed:** 4/18/2008

**Debtor:** Delta Funding Corporation

**Creditor:**
Zurich American Insurance Company
Mary Perlick
Legal Collections Specialist
1400 American Lane
9th Floor, Tower 2
Schaumburg, IL 60196

| Priority | Original Amount | Current Amount |
|---|---|---|
| **Secured:** | $0.00 | $0.00 |
| **Administrative:** | $0.00 | $0.00 |
| **Priority:** | $0.00 | $0.00 |
| **Unsecured:** | $5,969.46 | $0.00 |
| **Total:** | **$5,969.46** | **$0.00** |

**C U D**

**Claim Status:** Expunged

* Per Final Decree Closing Certain Of The Debtors' Chapter 11 Cases dated May 16, 2011, the following Debtors are closed: Delta Financial Corporation 07-11880 (CSS); Renaissance Mortgage Acceptance Corp. 07-11882 (CSS); and Renaissance REIT Investment Corp. 07-11883 (CSS). Delta Funding Corporation 07-11881 (CSS) shall be the surviving case of the Debtors, and the Liquidating Trust shall be administered in the Surviving Case. Claim register includes claims filed against all Debtors.